NO. 2025-45729

| | | |
|---|---|---|
| BUILDER'S CHOICE, INC. | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 61st JUDICIAL DISTRICT |
| IVAN MADRIGAL and | § | |
| ANTHONY YANNI, | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## DEFENDANT ANTHONY YANNI'S
## NOTICE OF REMOVAL TO FEDERAL COURT

TO THE HONORABLE COURT:

Please take notice that Defendant Anthony Yanni, filed a Notice of Removal in the Office of the Clerk of the United States District Court for the Southern District of Texas, Houston Division.

A copy of the Notice of Removal is attached hereto as Exhibit A.[1] Under 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the Southern District of Texas, Houston Division, together with the filing of this Notice with the Clerk of this Court and service of this Notice to all adverse parties, effect the removal of the above-captioned action to the United States District Court for the Southern District of Texas, Houston Division. Accordingly, this Court shall proceed no further unless and until this case is remanded.

---

[1] Plaintiff has not perfected service on Mr. Yanni. However, as soon as the 540 pages of filings can be downloaded from the Harris County District Court's website, Mr. Yanni will also file and serve an exhibit of the same.

                Respectfully submitted,

MCKNIGHT LAW PLLC

*/s/ Colleen McKnight*
Colleen McKnight
State Bar No. 240976
801 Travis Street, Suite 2101, PMG 698
Houston, Texas 77002
Telephone: (713) 584-5645
colleen.mcknight@mcknightlaw.us

***Attorney for Anthony Yanni***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served via electronic service upon the following counsel of record on August 11, 2025, via email and efiling.

*/s/ Colleen McKnight*
Colleen McKnight