IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUILDER'S CHOICE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. _____ |
| IVAN MADRIGAL and | § | |
| ANTHONY YANNI, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Defendant Anthony Yanni, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and removes the above-captioned action, originally filed in the 61st Judicial District Court in Houston, Texas, to the United States District Court for the Southern District of Texas, Houston Division. In support of this Notice of Removal, Mr. Yanni states as follows:

### I. INTRODUCTION AND TIMELINE

1.  Plaintiff Builder's Choice, Inc., filed its original petition in this action in the 61st Judicial District Court in Houston, Texas, on July 2, 2025. Mr. Yanni was never served with the original petition. Plaintiff then filed its Verified Amended Petition, Second Application for Temporary Restraining Order, and Second Request for Expedited Discovery ("Amended Petition")against both Mr. Yanni and another defendant, Ivan Madrigal, on July 14, 2025. Mr. Yanni has yet to be properly served with the Amended Petition. Nor has the Plaintiff served the other defendant, Mr.

Madrigal, based on the state court docket and Plaintiff's Motion for substituted service. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446, as Mr. Yanni has filed it within 30 days of service.

2. Venue is proper in this Court under 8 U.S.C. § 1441(a) because Harris County in which the state action was filed lies within the Houston Division of the Southern District of Texas.

## II. BASIS FOR FEDERAL JURISDICTION

3. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims arise under federal law, specifically 18 U.S.C. §1030, *et seq.* (the "CFAA").

## III. PROCEDURAL REQUIREMENTS ARE SATISFIED

4. Plaintiff has yet to perfect service upon the only other defendant, Mr. Madrigal. Thus, no consent or joinder is necessary.

5. Pleadings, process, or orders have yet to be served on Mr. Yanni in the state court action. However, Mr. Yanni will file an Exhibit of all live pleadings from the state court action as Exhibit A as soon as the Harris County District Court's website allows for the download of the 540 pages of filings.

6. A copy of this Notice is being filed with the Clerk of the Harris County District Court and served on all parties pursuant to 28 U.S.C. § 1446(d).

7. Mr. Yanni denies the allegations in the Amended Petition and files this Notice of Removal without waiving any defenses, objections, exceptions, remedies, or obligations that may exist in his favor in either state or federal court. Defendants

reserve the right to amend or supplement this Notice of Removal. In the event any questions arise as to the propriety of the removal of this action, Mr. Yanni requests the opportunity to present a brief, oral argument, and/or any further evidence necessary in support of their position that this action is removable.

## IV. CONCLUSION AND PRAYER

Mr. Yanni respectfully requests that this action be removed to the United States District Court for the Southern District of Texas, Houston Division, and that the Court proceed with this case as though it had been originally filed here.

Dated: August 11, 2025

Respectfully submitted,

MCKNIGHT LAW PLLC

/s/ Colleen McKnight
Colleen McKnight
State Bar No. 240976
801 Travis Street, Suite 2101, PMG 698
Houston, Texas 77002
Telephone: (713) 584-5645
colleen.mcknight@mcknightlaw.us

*Attorney for Anthony Yanni*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served via electronic service upon the following counsel of record on August 11, 2025, via email and efiling.

/s/ Colleen McKnight
Colleen McKnight