United States Courts
Southern District of Texas
FILED

AUG 18 2025

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| BUILDER'S CHOICE, INC. § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> IVAN MADRIGAL AND § <br> ANTHONY YANNI § <br> **Defendant.** § | Case No. 4:25-cv-03736 |

## NOTICE OF PRO SE APPEARANCE

Defendant Ivan Madrigal hereby notifies the Court that he is appearing in this action pro se (without counsel). He is not currently represented by an attorney and is not yet registered to file or receive documents through the Court's CM/ECF electronic filing system.

Mr. Madrigal's contact information is as follows:

555 W. 19th Street, Apt. 709
Houston, Texas 77008
Phone: (512) 698-5342
Email: ivanbcilegal@gmail.com

Mr. Madrigal respectfully requests that the Court and all parties send all future correspondence, orders, notices, and filings in this case to him at the above mailing address and email address.

This Notice is filed without waiver of any defenses under Federal Rule of Civil Procedure 12(b), 12(g), or 12(h). All jurisdictional, venue, and service objections are expressly preserved. Answer timing shall be governed by Rule 12(a)(4).

Dated: August 18, 2025.

Respectfully submitted,

/s/ _____
Ivan Madrigal
555 W. 19th Street, Apt. 709
Houston, Texas 77008
Phone: (512) 698-5342
Email: ivanbcilegal@gmail.com
Defendant, Pro Se

## CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I filed the foregoing with the Clerk of Court in person and served a true and correct copy by U.S. Mail pursuant to Fed. R. Civ. P. 5(b)(2)(C) on:

- Nicholas Petree
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney St., Suite 2500
Houston, TX 77010
(courtesy email only: npetree@azalaw.com and service@azalaw.com)

- Colleen McKnight
McKnight Law PLLC
801 Travis Street, Suite 2101, PMG 698
Houston, TX 77002
((served by email to colleen.mcknight@mcknightlaw.us pursuant to her written consent under Fed. R. Civ. P. 5(b)(2)(E))

Courtesy copies were also transmitted by email, but Defendant has not consented to service by electronic means under Rule 5(b)(2)(E).

/s/ _____
Ivan Madrigal

2