UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 18 2025

Nathan Ochsner, Clerk of Court

| BUILDER'S CHOICE, INC. | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Case No. 4:25-cv-03736 |
| IVAN MADRIGAL AND ANTHONY YANNI | § | |
| Defendant. | § | |

## DEFENDANT IVAN MADRIGAL'S NOTICE OF CONSENT AND JOINDER IN REMOVAL

### I. Notice.

Defendant Ivan Madrigal, appearing pro se, consents to and joins co-defendant Anthony Yanni's Notice of Removal filed August 11, 2025, pursuant to 28 U.S.C. § 1446(b)(2)(A).

### II. Clarification for the record (snap-removal posture).

At the time of removal, Mr. Madrigal had not been served with process. Under § 1446(b)(2)(A), only "properly joined and served" defendants must join in or consent to removal. This Notice is filed out of an abundance of caution to avoid any unanimity dispute and to confirm that both defendants affirmatively support the federal forum. Nothing in this filing converts removal into a waiver of any defense or a general appearance.

### III. Reservation and non-waiver.

Mr. Madrigal does not waive any defenses, including insufficient process and insufficient service of process (Fed. R. Civ. P. 12(b)(4)–(5)), lack of personal jurisdiction (12(b)(2)), improper

venue (12(b)(3)), or failure to state a claim (12(b)(6)). All defenses remain preserved under Rules 12(g)(2) and 12(h). Mr. Madrigal intends to file a Rule 12(b)(5) motion; his answer timing will run per Rule 12(a)(4) after the Court acts on that motion. This Notice seeks no other relief and requires no conference or proposed order.

**Respectfully submitted,**

Dated: August 18, 2025.

                                                        Respectfully submitted,

/s/ _____
Ivan Madrigal
555 W. 19th Street, Apt. 709
Houston, Texas 77008
Phone: (512) 698-5342
Email: ivanbcilegal@gmail.com
Defendant, Pro Se

**Certificate of Conference (LR 7.1)**

On August 18, 2025, I attempted to confer with Plaintiffs' counsel Nicholas Petree (AZA) regarding this motion. As of filing, opposes.

CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I filed the foregoing with the Clerk of Court in person and served a true and correct copy by U.S. Mail pursuant to Fed. R. Civ. P. 5(b)(2)(C) on:

- Nicholas Petree
  Ahmad, Zavitsanos & Mensing, PLLC
  1221 McKinney St., Suite 2500
  Houston, TX 77010
  (courtesy email only: npetree@azalaw.com and service@azalaw.com)

- Colleen McKnight

2

McKnight Law PLLC
801 Travis Street, Suite 2101, PMG 698
Houston, TX 77002
(served by email to colleen.mcknight@mcknightlaw.us pursuant to her written consent under Fed. R. Civ. P. 5(b)(2)(E))

/s/ _____
Ivan Madrigal