UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 18 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| BUILDER'S CHOICE, INC. § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 4:25-cv-03736 |
| § | |
| IVAN MADRIGAL AND § | |
| ANTHONY YANNI § | |
| **Defendant.** § | |

## MOTION FOR LEAVE TO FILE ELECTRONICALLY (CM/ECF) AS A PRO SE LITIGANT

### I. Nature and Stage of the Proceeding

This case was recently removed from state court. Defendant Ivan Madrigal is representing himself (pro se) and asks the Court for permission to use the federal court's electronic filing system (CM/ECF). Under the local rules, if the other side objects, the Court will consider this motion 21 days after filing.

### II. Issue and Standard

The issue is whether a pro se party should be permitted to file electronically. Southern District of Texas Local Rule 5.1 requires electronic filing, but pro se access must be approved by the judge. For parties registered in CM/ECF, the Notice of Electronic Filing (NEF) is treated as proper service.

### III. Procedural Background / Facts

Mr. Madrigal maintains an active, upgraded PACER account and is already enrolled in

multi-factor authentication (MFA). Upon Court approval, he will promptly complete the Non-Attorney E-File Registration for the Southern District of Texas using this case number and order. He has reliable internet access, PDF scanning capability, and a valid email address. He consents to electronic service via NEF and will monitor his email and the docket daily.

### IV. Argument

Local Rule 5.1 and the District's NextGen procedures allow the Court to grant pro se electronic filing privileges.

Enabling CM/ECF causes no prejudice and improves efficiency; NEF notices constitute service on registered users and reduce the risk of clerical error.

Mr. Madrigal is technically prepared and will comply with all Federal Rules, Local Rules, and Administrative Procedures, including maintaining updated contact information and using MFA.

### V. Conclusion and Prayer for Relief

For the reasons stated above, Defendant Ivan Madrigal respectfully requests that the Court grant him leave to register for and use CM/ECF in Case No. 4:25-cv-03736, and award such other relief as is just.

### VI. Reservation of Rights

This motion concerns only electronic filing and does not waive any defenses under Rules 12(b), 12(g), or 12(h). If a Rule 12 motion is filed, answer timing is governed by Rule 12(a)(4).

Dated: August 18, 2025.

                          Respectfully submitted,

/s/ _____
Ivan Madrigal
555 W. 19th Street, Apt. 709
Houston, Texas 77008
Phone: (512) 698-5342
Email: ivanbcilegal@gmail.com
Defendant, Pro Se

**Certificate of Conference (LR 7.1)**

On August 18, 2025, I attempted to confer with Plaintiffs' counsel Nicholas Petree (AZA) regarding this motion. As of filing, opposes.

CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I filed the foregoing with the Clerk of Court in person and served a true and correct copy by U.S. Mail pursuant to Fed. R. Civ. P. 5(b)(2)(C) on:

- Nicholas Petree
  Ahmad, Zavitsanos & Mensing, PLLC
  1221 McKinney St., Suite 2500
  Houston, TX 77010
  (courtesy email only: npetree@azalaw.com and service@azalaw.com)

- Colleen McKnight
  McKnight Law PLLC
  801 Travis Street, Suite 2101, PMG 698
  Houston, TX 77002
  (served by email to colleen.mcknight@mcknightlaw.us pursuant to her written consent under Fed. R. Civ. P. 5(b)(2)(E))

/s/ _____
Ivan Madrigal

3