UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUILDER'S CHOICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03736 |
| | § | |
| ANTHONY YANNI, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are hereby notified that a status conference regarding the initial pretrial and scheduling conference is set for **October 9, 2025, at 9:00 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **571-353-2301**

Conference ID: **973-073-808#**

Conference Password: **963-741#**

Date: August 20, 2025                                NATHAN OCHSNER, CLERK

                                                                    By: C. Horace, Case Manager to
                                                                           Judge Kenneth M. Hoyt