Case 4:25-cv-03736   Document 12   Filed on 08/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUILDER'S CHOICE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-03736 |
| § | |
| ANTHONY YANNI, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is the *pro se* defendant, Ivan Madrigal's motion for leave to file electronically via CM/ECF (Dkt. No. 10). The motion is Denied.

It is so ORDERED.

SIGNED on August 20, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge