United States Courts
Southern District of Texas
**FILED**

AUG 2 5 2025

Nathan Ochsner, Clerk of Court

EXHIBIT A

# Residence INN.
## BY MARRIOTT

**Residence Inn**®
6000 US Highway 290 West, Austin, TX 78735 P 512.892.0577
Marriott.com/AUSWE

| | |
|---|---|
| Ivan/Mr Madrigal | Room: 216 |
| 2250 Fallbrook Dr Ste 300 | Room Type: STKT |
| Houston TX 77038-2085 | Number of Guests: 1 |
| No Company Name | Clerk: FAS |

| Arrive: 26Jun25 | Time: 12:09AM | Depart: 27Jun25 | Time: 01:04PM | Folio Number: 56244 |
|---|---|---|---|---|

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| | BALANCE: | 0.00 | |

**Marriott Bonvoy Account # XXXXX1031.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

IEM000002

To plan your next stay, visit ResidenceInn.com.

# Your receipt from Airbnb

Receipt ID: RCX3R32M3S · July 9, 2025



## Austin

**2 nights in Austin**

Fri, Jul 11, 2025   Sun, Jul 13, 2025

Entire home/apt ▮▮▮▮▮▮▮▮▮

Hosted by Stefanie Quinn Carvalho

Confirmation code: HMREYEQK5W

**Go to itinerary · Go to listing**

Traveler: Ivan Madrigal

### Cancellation policy

This reservation is non-refundable.

Cutoff times are based on the listing's local time

### Have a question?

Find details about payments and refunds in **your payments**, or try the **Help Center**.

### Price breakdown

---

**Occupancy taxes**

Occupancy Taxes include Accommodations Tax (Austin), Accommodations Tax (Texas).

**Airbnb Payments, Inc.**

Airbnb Payments is a limited payment collection agent of your Host. It means that upon your payment of the Total Price to Airbnb Payments, your payment obligation to your Host is satisfied. Refund requests will be processed in accordance with: (i) the Host's cancellation policy (available on the Listing); or (ii) Rebooking and Refund Policy Terms, available at **www.airbnb.com/terms**. Questions or complaints: contact Airbnb Payments, Inc. at +1 (844) 234-2500.

Payment processed by:
Airbnb Payments, Inc.
888 Brannan Street, San Francisco, CA
94103

Airbnb, Inc.
888 Brannan St, San Francisco, CA 94103
**www.airbnb.com**

**Hilton Garden Inn - McAllen Airport, TX**
617 W Expy 83, McAllen 78503 US
9566642900
MFEMH_GM@Hilton.com

Date Range: 2025-07-13 - 2025-07-14
Tax#/ID# :

**Hilton
Garden Inn**

# Guest Folio

Confirmation Number - 3291625852

**Primary Guest**

| | |
|---|---|
| Guest Name | MADRIGAL, IVAN E |
| Address | 252 FALLBROOK DR STE 300 |
| City, State, Zip Code | HOUSTON TX 77038-1591 |
| Country | US |

**ADDN GUESTS**

**Hilton Honors**

Member
663469706

**Stay Details**

| | |
|---|---|
| Check In Date | Jul 13, 2025 |
| Check Out Date | Jul 14, 2025 |
| Room | K1 - 324 |
| Source | OTHER |
| Guests | 1/0 |

**Company Details**

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

**Other Details**

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |
| **Travel Agent** | |
| IATA | |
| Name | |

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 13, 2025 | Charge | GUEST ROOM | $83.66 |
| Jul 13, 2025 | Tax | STATE TAX | $5.02 |
| Jul 13, 2025 | Tax | CITY TAX | $7.53 |
| Jul 14, 2025 | Payments | VISA-8431 | ($96.21) |

**Summary**

| Type | Amount |
|---|---|
| GUEST ROOM | $83.66 |
| STATE TAX | $5.02 |
| CITY TAX | $7.53 |
| CREDIT CARD | $96.21 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| Check In Time | 10:30 PM | Reservations hgi.com or +1-877-STAY-HGI |
| Check Out Time | 01:55 PM | |
| Page1 / 1 | | IEM000004 |

# COURTYARD
## BY MARRIOTT

**Courtyard by Marriott® Little Rock West**
10900 Financial Center, Little Rock, Ar, 72211 P 501.227.6000
Marriott.com/LITCH

| | |
|---|---|
| Ivan/Mr Madrigal | Room: 209 |
| 555 West 19th St Apt 709 | Room Type: GENR |
| Houston TX 77008 | Number of Guests: 1 |
| Leisure | Rate: $107.00    Clerk: SHO |
| Arrive: 16Jul25    Time: 09:32PM    Depart: 17Jul25 | Time: 01:32PM    Folio Number: 59431 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 16Jul25 | Room Charge | 107.00 | |
| 16Jul25 | Occupancy Sales Tax | 9.63 | |
| 16Jul25 | State Occupancy Tax | 2.14 | |
| 16Jul25 | City Tax | 4.28 | |
| 17Jul25 | Market Packaged Food | 4.50 | |
| 17Jul25 | Restaurant Tax | 0.45 | |
| 17Jul25 | Market Packaged Food | 3.00 | |
| 17Jul25 | Restaurant Tax | 0.30 | |
| 17Jul25 | Visa | | 131.30 |

*Card #: VXXXXXXXXXXXX8431/XXXX*
*Card Type: VISA Card Entry: MANUAL Approval Code: 066171*

| | | |
|---|---|---|
| | **BALANCE:** | **0.00** |

**Marriott Bonvoy Account # XXXXX1031.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

**IEM000005**
Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.



**Fairfield by Marriott® Nashville Bellevue**
7636 Highway 70 South,, Nashville, TN 37221 P 615.616.0436
Fairfield.Marriott.com

| | |
|---|---|
| Ivan/Mr Madrigal | Room: 417 |
| 2250 Fallbrook Dr Ste 300 | Room Type: KING |
| Houston TX 77038-2085 | Number of Guests: 1 |
| No Company Name | Rate: $146.00    Clerk: CMO |
| Arrive: 17Jul25    Time: 09:34PM    Depart: 18Jul25    Time: 04:15PM | Folio Number: 55646 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 17Jul25 | Room Charge | 146.00 | |
| 17Jul25 | Occupancy Sales Tax | 10.22 | |
| 17Jul25 | State Occupancy Tax | 13.51 | |
| 17Jul25 | Convention and Tourism Tax | 2.50 | |
| 18Jul25 | Visa | | 172.23 |

Card #: VIXXXXXXXXXXXX8431/XXXX
Card Type: VISA Card Entry: MANUAL Approval Code: 007811

**BALANCE:    0.00**

**Marriott Bonvoy Account # XXXXX1031.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

IEM000006



**Fairfield by Marriott® Nashville Bellevue**
7636 Highway 70 South,, Nashville, TN 37221 P 615.616.0436
Fairfield.Marriott.com

| | |
|---|---|
| Ivan/Mr Madrigal | Room: 204 |
| 2250 Fallbrook Dr Ste 300 | Room Type: QNQN |
| Houston TX 77038-2085 | Number of Guests: 1 |
| No Company Name | Rate: $152.10    Clerk: JMC |

Arrive: 18Jul25    Time: 11:01PM    Depart: 20Jul25    Time: 01:07PM    Folio Number: 55678

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 18Jul25 | Market Beverage | 2.75 | |
| 18Jul25 | Sales Tax | 0.25 | |
| 18Jul25 | Market Beverage | 2.75 | |
| 18Jul25 | Sales Tax | 0.25 | |
| 18Jul25 | Room Charge | 152.10 | |
| 18Jul25 | Occupancy Sales Tax | 10.65 | |
| 18Jul25 | State Occupancy Tax | 14.07 | |
| 18Jul25 | Convention and Tourism Tax | 2.50 | |
| 19Jul25 | Room Charge | 152.10 | |
| 19Jul25 | Occupancy Sales Tax | 10.65 | |
| 19Jul25 | State Occupancy Tax | 14.07 | |
| 19Jul25 | Convention and Tourism Tax | 2.50 | |
| 20Jul25 | Visa | | 364.64 |

Card #: VIXXXXXXXXXXXXX8431/XXXX
Card Type: VISA Card Entry: MANUAL Approval Code: 03245I

**BALANCE:    0.00**

Marriott Bonvoy Account # XXXXX1031.  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account.
Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

IEM000007
Take the comfort of the Fairfield sleep experience home. Visit the Fairfield official retail store at FairfieldStore.com.

# SPRINGHILL SUITES
### BY MARRIOTT

## SPRINGHILL SUITES BY MARRIOTT® / BIRMINGHAM GARDENDALE
### 260 City Street, Gardendale, AL 35071 P 205.285.8447
**springhillsuites.com**

| | |
|---|---|
| Ivan/Mr Madrigal | Room: 313 |
| 2250 Fallbrook Dr Ste 300 | Room Type: KSTE |
| Houston TX 77038-2085 | Number of Guests: 1 |
| No Company Name | Rate: $126.00    Clerk: KDF |

Arrive: 20Jul25    Time: 10:19PM    Depart: 21Jul25    Time: 12:36PM    Folio Number: 80144

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 20Jul25 | Advance Deposit | | 151.20 |
| 20Jul25 | Room Charge | 126.00 | |
| 20Jul25 | State Occupancy Tax | 5.04 | |
| 20Jul25 | City Tax | 11.34 | |
| 20Jul25 | County Tax | 8.82 | |

**BALANCE:** **0.00**

Marriott Bonvoy Account # XXXXX1031. Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com:

Operated under license from Marriott International, Inc. or one of its affiliates.

IEM000008

To plan your next stay, visit springhillsuites.com.

# COURTYARD
### BY MARRIOTT

**Courtyard by Marriott®**
415 Riverwind Drive, Pearl, MS 39208 P 601.914.4888
Marriott.com/JANAP

| | | |
|---|---|---|
| Ivan/Mr Madrigal | Room: 228 | |
| 2250 Fallbrook Dr Ste 300 | Room Type: GENR | |
| Houston TX 77038-2085 | Number of Guests: 1 | |
| No Company Name | Rate: $139.00 | Clerk: TMM |

Arrive: 21Jul25    Time: 06:03PM    Depart: 22Jul25    Time: 08:47AM    Folio Number: 70578

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Jul25 | Room Charge | 139.00 | |
| 21Jul25 | Occupancy Sales Tax | 2.78 | |
| 21Jul25 | State Occupancy Tax | 9.73 | |
| 21Jul25 | City Tax | 4.17 | |
| 22Jul25 | Visa | | 155.68 |

*Card #: VIXXXXXXXXXXXXX8431/XXXX*
*Card Type: VISA Card Entry: MANUAL Approval Code: 00730I*

**BALANCE:**    0.00

**Marriott Bonvoy Account # XXXXX1031.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

IEM000009
Bring the Courtyard sleep experience home with you. Visit ShopCourtyard.com.

# SPRINGHILL SUITES
### BY MARRIOTT

## SPRINGHILL SUITES BY MARRIOTT®
7980 Howell Place Blvd., Baton Rouge, La 70807 P 225.356.6705
**springhillsuites.com**

| | |
|---|---|
| Iven/Mr Madrigal | Room: 428 |
| 555 W 19th St | Room Type: DDST |
| Apt 709 | Number of Guests: 1 |
| Houston TX 77008 | Rate: $131.00    Clerk: AMC |

| | | | |
|---|---|---|---|
| Arrive: 22Jul25 | Time: 09:35PM | Depart: 23Jul25    Time: 08:48AM | Folio Number: 82823 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 22Jul25 | Room Charge | 131.00 | |
| 22Jul25 | Occupancy Sales Tax | 7.86 | |
| 22Jul25 | State Occupancy Tax | 6.55 | |
| 22Jul25 | City Tax | 7.21 | |
| 23Jul25 | Visa | | 152.62 |

Card #: VIXXXXXXXXXXXXB431/XXXX
Card Type: VISA Card Entry: Contactless Approval Code: 056571 App
Label: VISA CREDIT AID: A0000000031010

| | | |
|---|---|---|
| | **BALANCE:** | **0.00** |

**Marriott Bonvoy Account # XXXXX1031.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

IEM000010

To plan your next stay, visit springhillsuites.com.

# Residence INN.
### BY MARRIOTT

**Residence Inn® Baton Rouge Towne Center|at Cedar Lodge**
7061 Commerce Circle, Baton Rouge La 70809 P 225.925.9100
Marriott.com/BTRRB

| | |
|---|---|
| Ivan/Mr Madrigal | Room: 103 |
| 555 W 19th St | Room Type: STKT |
| Apt 709 | Number of Guests: 1 |
| Houston TX 77008 | Rate: $126.00    Clerk: TIN |

| | | | | | |
|---|---|---|---|---|---|
| Arrive: 27Jul25 | Time: 09:51PM | Depart: 28Jul25 | Time: 12:45PM | Folio Number: 87960 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 27Jul25 | Market Beverage | 3.18 | |
| 27Jul25 | Sales Tax | 0.32 | |
| 27Jul25 | Market Beverage | 3.18 | |
| 27Jul25 | Sales Tax | 0.32 | |
| 27Jul25 | Room Charge | 126.00 | |
| 27Jul25 | Occupancy Sales Tax | 7.56 | |
| 27Jul25 | State Occupancy Tax | 6.30 | |
| 27Jul25 | City Tax | 6.93 | |
| 28Jul25 | Visa | | 153.79 |

Card #: VIXXXXXXXXXXXX4188/XXXX
Card Type: VISA Card Entry: Contactless Approval Code: 04103B  App
Label: VISA CREDIT AID: A0000000031010

| | BALANCE: | 0.00 |
|---|---|---|

**Marriott Bonvoy Account # XXXXX1031.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

IEM000011

To plan your next stay, visit ResidenceInn.com.



Embassy Suites by Hilton - Tuscaloosa Downtown, AL
2410 University Blvd, Tuscaloosa 35401 US
2055612500
TCLRT_Emhassy@hilton.com

Date Range: 2025-07-31 - 2025-08-01
Tax#/ID# :

**EMBASSY SUITES**
by Hilton™

## Guest Folio
Confirmation Number - 85520902

**Primary Guest**

| | |
|---|---|
| Guest Name | MADRIGAL, IVAN E |
| Address | 555 W 19th St |
| City, State, Zip Code | Houston TX 77008 |
| Country | US |

**ADDN GUESTS**

**Hilton Honors**
Member
663469706

**Stay Details**

| | |
|---|---|
| Check In Date | Jul 31, 2025 |
| Check Out Date | Aug 01, 2025 |
| Room | NKJ - 516 |
| Source | OTHER |
| Guests | 1/0 |

**Company Details**

| | |
|---|---|
| Name | |
| Tax#/ID# | |
| PO Number | |
| Account Name | |

**Other Details**

| | |
|---|---|
| Tax Invoice | |
| Tax/Fee Exemption | NO |
| Tax/Fee Exempt Date | |

**Travel Agent**
IATA
Name

| Date | Type | Description | Amount |
|---|---|---|---|
| Jul 31, 2025 | Charge | GUEST ROOM | $159.00 |
| Jul 31, 2025 | Tax | RM - State Tax | $6.36 |
| Jul 31, 2025 | Tax | RM - Lodging Tax | $17.49 |
| Aug 01, 2025 | Payments | VISA-8431 | ($182.85) |

**Summary**

| Type | Amount |
|---|---|
| CREDIT CARD | ($182.85) |
| GUEST ROOM | $159.00 |
| RM - State Tax | $6.36 |
| RM - Lodging Tax | $17.49 |
| **Folio Balance** | **$0.00** |

| | | |
|---|---|---|
| Check In Time | 05:52 PM | Reservations embassysuites.com or +1-800-EMBASSY |
| Check Out Time | 11:15 AM | |
| Page1 / 1 | | |

IEM000012

The Threefoot Hotel, Meridian, a Tribute
601 22nd Avenue
Meridian, MS  39301

Tel: (601) 207-8700

**THREEFOOT HOTEL**
MERIDIAN, MISSISSIPPI
TRIBUTE PORTFOLIO

| | | | | | |
|---|---|---|---|---|---|
| IVAN MADRIGAL | Page Number | : | 1 | Invoice Nbr | : | 1000070724 |
| 555 W 19TH ST | Guest Number | : | 101347 | | |
| APT 709 | Folio ID | : | A | | |
| HOUSTON, TX, 77008 | Arrive Date | : | 10-AUG-25 | 21:30 | |
| | Depart Date | : | 11-AUG-25 | 11:12 | |
| | No. Of Guest | : | 1 | | |
| | Room Number | : | 904 | | |
| | Marriott Bonvoy Number : | | 1031 | | |

Tax ID :
The Threefoot Hotel  AUG-11-2025  11:20  LJONE532

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 10-AUG-25 | 14450469 | The Boxcar | 18.00 | |
| 10-AUG-25 | 14450469 | Sales Tax | 1.62 | |
| 10-AUG-25 | 14450469 | Gratutity/Tips | 5.00 | |
| 10-AUG-25 | RT904 | Room Revenue | 3.40 | |
| 10-AUG-25 | RT904 | Room Chrg - Standard Retail | 136.00 | |
| 10-AUG-25 | RT904 | State / Province Tax | 9.52 | |
| 11-AUG-25 | VI | Visa-8431 | | -173.54 |
| | | ** Total | 173.54 | -173.54 |
| | | *** Balance | 0.00 | |

Continued on the next page

IEM000013

The Threefoot Hotel, Meridian, a Tribute
601 22nd Avenue
Meridian, MS  39301

Tel: (601) 207-8700

**THREEFOOT**
HOTEL
TRIBUTE PORTFOLIO

IVAN MADRIGAL
555 W 19TH ST
APT 709
HOUSTON, TX, 77008

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 101347 |
| Folio ID | : | A |
| Arrive Date | : | 10-AUG-25   21:30 |
| Depart Date | : | 11-AUG-25   11:12 |
| No. Of Guest | : | 1 |
| Room Number | : | 904 |
| Marriott Bonvoy Number : | | 1031 |

Invoice Nbr   :   1000070724

See our "Privacy & Cookie Statement" on Marriott.com

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Other | Total | Payment |
|---|---|---|---|
| 08-10-2025 | 173.54 | 173.54 | 0.00 |
| 08-11-2025 | 0.00 | 0.00 | -173.54 |
| Total | 173.54 | 173.54 | -173.54 |

Signature_____

EXHIBIT B

IEM000015

8/17/25, 9:35 PM                                    Purchase Details - Best Buy

**Best Buy Tech Fest** Ends 8/17. Limited quantities. No rainchecks. Shop now

**Menu**    Search Best Buy                                    🔍    Brentwood    **Cart**
Yardbird    Best Buy Outlet    Best Buy Business    Shop with an Expert

Back to School    Top Deals    Deal of the Day              Hi, Ivan    Recently Viewed    Order Status    Saved Items

As a My Best Buy Plus or Total member, get NFL Sunday Ticket from YouTube and YouTube TV for a limited time offer of $258 (save up to $222).

**Add to cart**    Terms and conditions apply. Commercial use excluded.

‹ See all purchases

# Purchase Details                                                            ‹ Back

🖨 Print Receipt  |  🖨 Print Gift Receipt



010000096005996405060453240953421839



8/17/25, 9:35 PM                    Purchase Details - Best Buy



```
*********** START RECEIPT ***********
        Welcome to Best Buy #383
            5201 Highway 280
          BIRMINGHAM, AL 35242

Val:100000-960056-964050-604532-609534-21039
      0383 004 9560 07/21/25 14:40
```

```
            Total    277.49
                     277.49
*********8431    USD$
VISA CREDIT - VISA
CARDHOLDER/VISA
Approval 01227I
CARD ENTRY: Contactless MODE: Issuer
AID: A0000000031010
        Other Savings:     95.00
        Total Savings:     95.00
My Best Buy
Member ID 0085398696
Your donation noted above is tax-deductible
  as allowed by law. No goods or services
  were exchanged for this contribution.
Return/Exchange Policy: The return/exchange
  period for My Best Buy Total and My Best
  Buy Plus members is 60 days from the
  purchase date on most purchases. Activatable
devices have a 14-day return policy (30 days
    for Verizon activatable devices).
  For details, go to BestBuy.com/Returns. To
  learn about privacy practices go to
            BestBuy.com/Privacy.

     Your Customer Service PIN is:
        0383 004 9560 072125

*********** END RECEIPT ***********
```

 **Visit our Support Center**

 **Check your Order Status**

 **Shipping, Delivery & Store Pickup**

 **Returns & Exchanges**

 **Price Match Guarantee**

**Order & Purchases**

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

**Payment Options**

My Best Buy® Credit Card

**Support & Services**

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

**Rewards & Membership**

My Best Buy Memberships

**Partnerships**

Sell on Best Buy Marketplace

Advertise with Us

Affiliates, Creators & Publishers

Best Buy Health

Best Buy Education

Best Buy Business

Partner+

**About Best Buy**

Corporate Information

Sign in or Create Account

**Get the latest deals and more.**

Enter email address

**Sign Up**

 Best Buy app
Learn more

Real people

   

IEM000017

8/17/25, 9:35 PM                                        Purchase Details - Best Buy

| Pay Your Bill at Citibank | View Points & Certificates | Careers | |
| Lease own | Member Offers | Corporate Responsibility |  **Cart** |
| Buy Now, Pay Later | | Sustainability | |

Mobile Site          Best Buy Canada

Accessibility   Terms &      Privacy   Interest-    State      Health Data   Do Not Sell/Share My     Limit Use of My Sensitive   Targeted         CA Supply Chain
                Conditions             Based Ads    Privacy    Privacy       Personal Information     Personal Information         Advertising Opt  Transparency Act
                                                    Rights                                                                        Out

In-store pricing may vary. Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.

Real people

8/17/25, 9:34 PM                                Purchase Details - Best Buy

Best Buy Tech Fest Ends 8/17. Limited quantities. No rainchecks. Shop now

Menu          Search Best Buy                              Q        Brentwood          Cart

Yardbird    Best Buy Outlet    Best Buy Business    Shop with an Expert

Back to School    Top Deals    Deal of the Day                Hi, Ivan    Recently Viewed    Order Status    Saved Items

‹ See all purchases

# Purchase Details                                                                    ‹ Back

🖨 Print Receipt     🎁 Print Gift Receipt





8/17/25, 9:34 PM                                   Purchase Details - Best Buy

     **Cart**

Visit our Support Center    Check your Order Status    Shipping, Delivery & Store Pickup    Returns & Exchanges    Price Match Guarantee

## Order & Purchases

Check Order Status

Shipping, Delivery & Pickup

Returns & Exchanges

Price Match Guarantee

Product Recalls

Trade-In Program

Gift Cards

### Payment Options

My Best Buy® Credit Card

Pay Your Bill at Citibank

Lease to Own

Buy Now, Pay Later

## Support & Services

Visit our Support Center

Shop with an Expert

Schedule a Service

Manage an Appointment

Protection & Support Plans

Haul Away & Recycling

Contact Us

### Rewards & Membership

My Best Buy Memberships

View Points & Certificates

Member Offers

## Partnerships

Sell on Best Buy Marketplace

Advertise with Us

Affiliates: Creators & Publishers

Best Buy Health

Best Buy Education

Best Buy Business

Partner+

### About Best Buy

Corporate Information

Careers

Corporate Responsibility

Sustainability

Sign in or Create Account

**Get the latest deals and more.**

Enter email address

**Sign Up**

Best Buy app
Learn more ›

How was your experience? Give feedback about our website                    Mobile Site    Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    Health Data Privacy    Do Not Sell/Share My Personal Information    Limit Use of My Sensitive Personal Information    Targeted Advertising Opt Out    CA Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2025 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.



IEM000020

EXHIBIT C

8/20/25, 12:06 PM                    DoorDash: Food, Grocery and Retail - Fast Same Day Delivery

 **DOORDASH**

# Order Complete

Saturday, July 19, 2025 at 7:58 AM

Your order is complete. Enjoy!

**Your Dasher**
Victcary

**city. limits bakery & cafe**
2 Items

 **1× Bacon, Egg & Cheese Banini**
$10.45
Sourdough, Egg Whites, No Cheese, Add Sausage

**1× Cappuccino**
$3.95
Large, Oat Milk

| | |
|---|---|
| Subtotal | $14.40 |
| Delivery Fee | $0.49 |
| Service Fee ⓘ | $3.00 |
| Estimated Tax ⓘ | $1.40 |
| Dasher Tip | $4.00 |
| Total | $23.29 |

**VISA** **Payment**                                   $23.29
Visa....4188 · 7/19/2025 · 7:37 AM

**Address**
7636 Highway 70 South, Nashville, TN 37221

**Leave it at my door**

**Create a business profile**                          **Create**
Keep track of your business receipts

IEM000022

8/20/25, 11:48 AM                                    DoorDash Food Delivery - Order History

 **DOORDASH**

# Order Complete
Sunday, July 20, 2025 at 12:17 AM

Your order is complete. Enjoy!

 **Your Dasher**
Rebbeca

 **Jonathan's Grille**
2 Items

 **1× Bam Bam Shrimp**
$12.00

 **1× The Works**
$19.00
12", Cauliflower, No onions, No black olives

| | |
|---|---|
| Subtotal | $31.00 |
| Delivery Fee | ~~$0.49~~ $0.00 |
| Service Fee ⓘ | ~~$4.65~~ $1.55 |
| Estimated Tax ⓘ | $3.02 |
| Dasher Tip | $6.00 |
| Total | $41.57 |

 **Payment**                                        $41.57
Visa....4188 · 7/19/2025 · 11:54 PM

 **Address**
7636 Highway 70 South, Nashville, TN 37221

🔓 **Leave it at my door**

💼 **Create a business profile**                          Create
Keep track of your business receipts

IEM000023

8/20/25, 11:47 AM　　　　　　　　　　　DoorDash Food Delivery - Order History

**DOORDASH**

# Order Complete

**Monday, July 21, 2025 at 9:23 AM**

Your order is complete. Enjoy!

 **Your Dasher**
Jennifer

 **Santos Coffee**
3 Items

 **1× Healthy Sweet Bowl**
$11.38
Strawberries, Blueberries, Banana, NO Yogurt

 **1× Cappuccino**
$5.45
Small 8oz HOT, Oat, HALF CAFF

 **1× Cappuccino**
$5.45
Small 8oz HOT, Oat, DECAF

| | |
|---|---|
| Subtotal | $22.28 |
| Delivery Fee | ~~$0.99~~ $0.00 |
| Service Fee ⓘ | ~~$3.34~~ $1.11 |
| Estimated Tax ⓘ | $1.87 |
| Dasher Tip | $5.00 |
| Total | $30.26 |

 **Payment**　　　　　　　　　　　　　　　　　$30.26
Visa....4188 · 7/21/2025 · 9:04 AM

**Address**
260 City St, Gardendale, AL 35071

**Leave it at my door**

IEM000024

8/20/25, 11:47 AM                               DoorDash Food Delivery - Order History

 **Create a business profile**
Keep track of your business receipts                                              **Create**



EXHIBIT D

IEM000026

**E-mail 1 on July 7, 2025 from Jim Williams, Ivan's son's golf coach with Ivan's location August 9 and 10th in Nashville, TN**

```
Received: from CO1PR10MB4484.namprd10.prod.outlook.com (2603:10b6:303:90::12)
 by DM4PR10MB7450.namprd10.prod.outlook.com with HTTPS; Mon, 7 Jul 2025
 16:56:54 +0000
Received: from DS7PR03CA0137.namprd03.prod.outlook.com (2603:10b6:5:3b4::22)
 by CO1PR10MB4484.namprd10.prod.outlook.com (2603:10b6:303:90::12) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8901.20; Mon, 7 Jul
 2025 16:56:52 +0000
Received: from CY4PEPF0000EE33.namprd05.prod.outlook.com
 (2603:10b6:5:3b4:cafe::65) by DS7PR03CA0137.outlook.office365.com
 (2603:10b6:5:3b4::22) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.8901.27 via Frontend Transport; Mon,
 7 Jul 2025 16:56:52 +0000
Authentication-Results: spf=softfail (sender IP is 67.231.154.184)
 smtp.mailfrom=golfinthenow.com; dkim=fail (body hash did not verify)
 header.d=golfinthenow-com.20230601.gappssmtp.com;dmarc=none action=none
 header.from=golfinthenow.com;compauth=none reason=405
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
 golfinthenow.com discourages use of 67.231.154.184 as permitted sender)
Received: from dispatch1-us1.ppe-hosted.com (67.231.154.184) by
 CY4PEPF0000EE33.mail.protection.outlook.com (10.167.242.39) with Microsoft
 SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id 15.20.8901.15
 via Frontend Transport; Mon, 7 Jul 2025 16:56:52 +0000
Authentication-Results-Original: ppe-hosted.com; spf=pass
 smtp.mailfrom=golfinthenow.com; dkim=pass
 header.d=golfinthenow-com.20230601.gappssmtp.com header.s=20230601;
 dmarc=none header.from=golfinthenow.com header.policy=none;
X-Virus-Scanned: Proofpoint Essentials engine
Received: from mail-yb1-f176.google.com (mail-yb1-f176.google.com
[209.85.219.176])
        (using TLSv1.3 with cipher TLS_AES_128_GCM_SHA256 (128/128 bits)
         key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest
SHA256)
        (No client certificate requested)
        by mx1-us1.ppe-hosted.com (PPE Hosted ESMTP Server) with ESMTPS id
47DD72C0083
        for <Ivan@bldrschoice.com>; Mon,  7 Jul 2025 16:56:49 +0000 (UTC)
Received: by mail-yb1-f176.google.com with SMTP id 3f1490d57ef6-
e81f311a86fso2585435276.3
          for <Ivan@bldrschoice.com>; Mon, 07 Jul 2025 09:56:49 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=golfinthenow-com.20230601.gappssmtp.com; s=20230601; t=1751907409;
x=1752512209; darn=bldrschoice.com;
        h=to:date:message-id:subject:mime-version:from
         :content-transfer-encoding:from:to:cc:subject:date:message-id
         :reply-to;
```

```
        bh=5+i2i6YPTOA9cp6WUtmPYyoyUaPpVcaj3iVmiEV1y7A=;
        b=kLljI6bQB00P1vJ+aP3ik1XMTdgJHxQOcaHmGmxogipidE75UynjWcylOUicrnXDak
          nC4q+ae6VVf4ZIPD19OAfJhUkHJfT0KwRgchxwwdoTIp1WJFWJhOoXeiX0h1dJlDFRnL
          1ckusyF0tt6AaNUiFQJFjOAK3cvU51xjjv+FR0YFg85ZolNRUXKOsCK6mcKr5n9Zimf5
          FCMRmpCWei26gfVdOV0cfQBWh3F2qWjp1U92Mrv+yAeVj+yY7fNAcq0KgqhzT4vpzlxd
          Jqwb7SdIKoOfRl2rfCgSce+ohW6rAFDZR3aX6YwSYI7dJRhIdN47Q/VaR7vN1AW5VuYu
          ZF2g==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20230601; t=1751907409; x=1752512209;
        h=to:date:message-id:subject:mime-version:from
          :content-transfer-encoding:x-gm-message-state:from:to:cc:subject
          :date:message-id:reply-to;
        bh=5+i2i6YPTOA9cp6WUtmPYyoyUaPpVcaj3iVmiEV1y7A=;
        b=hp3U93Mmz7ckjSzF2979Ry1JL+p8/soj+0t1+9E2BB+B6rBCuRQfIMPUmue1iqSOyO
          UvzVbHSEwKwBW0ftxSvO9T9TTKcpdOh4t0h3n2udunvDc9TPh5Bmtrc1if3DqJAusy0w
          CHla02D0oFQ5k8VMUpnRk2jiWKfEvsXQBk+fal28NXpkyDWzXjU0i5Xgog4wrPxiL6wO
          HALyRTEFi7Mwa4GX23SUAyUQSzaBYC3roQHlksNExXPkg0+bvQ8TkPtZyyR55g3cyS3Q
          zwFQ2e0Wloj2Mh6Kcp+JqZm6y8ZRrhiDKpMMnlNs32/dZ/PQlirOZ4k2pSKO7+PZs9l8
          hsJA==
X-Forwarded-Encrypted: i=1;
AJvYcCU4rIaq0ll+N4TFuS1e4PtP8+2IzAQnACpNm1ocxAy+9IiMBJmjhH7QQjHVE1rPXkkGjmpn@
bldrschoice.com
X-Gm-Message-State: AOJu0YxHvXWq1x6jlgyqfornDXFAjZGPgM+uKMDrvS1MyvhIiBcci2C6
        pu/3BA/3XDAimDe4UkmVXffRd24gHswyALUK02zXEUbuSYXzREoUiiEILmgDTp1KhBo=
X-Gm-Gg: ASbGncuN7BC4J95hoy4tyLtrWKa7p0a1ioFg0DdXhvilkIwEC8gy0C3QILAUSCpTii3
        zcypAbODcAlHLgis/bv218OHdflLrp9bpjGm71XtJeoDB90MXkREliQJVEa+hx/PWpe66QA
iQLb
        Qef+LYoLsnjdteNXMJIH6R48U2rlFUc7W5+VM27LQoFaT0IkYuldSSo76gamXUYtxJyoJG+
cAny
        jLKrbwSMkFQt6thG9a1roUY7bR/VFe6Q6K/wUhogHvxSctxuSDHcMULPQa29TQDJF6YY4yT
Yz+g
        9h1Cpdxt0SNyh2/Gi/fnU5Jbs2LILAHLN17m7hHeG7E/cjiuPgqOrkLEUOlOrDBXBEgTaK8
LA2O
        qOWpgU6jiCXj70A==
X-Google-Smtp-Source:
AGHT+IF22BeYwfxvxHwW8NeClKGP2+5/PmSMFLuMEEeEsQI+JspfdY704upK39/qaeBRrRHqNEqbq
A==
X-Received: by 2002:a05:690c:628a:b0:710:e7ad:9d41 with SMTP id
00721157ae682-7179e3cf5e8mr4423067b3.12.1751907408674;
        Mon, 07 Jul 2025 09:56:48 -0700 (PDT)
Received: from smtpclient.apple ([2601:484:c005:c6a0:3d2f:2405:cab7:8bfc])
        by smtp.gmail.com with ESMTPSA id 00721157ae682-
7166598b3b7sm17337557b3.17.2025.07.07.09.56.48
        (version=TLS1_3 cipher=TLS_AES_128_GCM_SHA256 bits=128/128);
        Mon, 07 Jul 2025 09:56:48 -0700 (PDT)
Content-Type: multipart/alternative; boundary=Apple-Mail-CA368EBD-B0C4-4A23-
82C7-60249DB39C8E
Content-Transfer-Encoding: 7bit
From: Jim Williams <jim@golfinthenow.com>
```

```
Mime-Version: 1.0 (1.0)
Subject: CPA golf July 2025
Message-Id: <455546EB-4CAC-45BF-8EF1-0862DE0E6437@golfinthenow.com>
Date: Mon, 7 Jul 2025 11:56:37 -0500
To: Jim Williams <jim@golfinthenow.com>
X-Mailer: iPhone Mail (22F76)
X-MDID: 1751907409-GVdTRB68Zhhc
X-PPE-STACK: {"stack":"us5"}
X-MDID-I:

us5;at1;1751907409;GVdTRB68Zhhc;<jim@golfinthenow.com>;7d4b2a8d185d9b1f3b1e1c
26826139ca
X-PPE-TRUSTED: V=1;DIR=IN;
Return-Path: jim@golfinthenow.com
X-MS-Exchange-Organization-ExpirationStartTime: 07 Jul 2025 16:56:52.3508
  (UTC)
X-MS-Exchange-Organization-ExpirationStartTimeReason: OriginalSubmit
X-MS-Exchange-Organization-ExpirationInterval: 1:00:00:00.0000000
X-MS-Exchange-Organization-ExpirationIntervalReason: OriginalSubmit
X-MS-Exchange-Organization-Network-Message-Id:
  d63186b8-bc71-4140-6bce-08ddbd7745a2
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: ef786a97-123a-442a-ae75-a7c286fda20d:0
X-MS-Exchange-Organization-MessageDirectionality: Incoming
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic:
  CY4PEPF0000EE33:EE_|CO1PR10MB4484:EE_|DM4PR10MB7450:EE_
X-MS-Exchange-Organization-AuthSource:
  CY4PEPF0000EE33.namprd05.prod.outlook.com
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Office365-Filtering-Correlation-Id: d63186b8-bc71-4140-6bce-08ddbd7745a2
X-MS-Exchange-AtpMessageProperties: HVE
X-MS-Exchange-Organization-SCL: -1
X-Microsoft-Antispam:
  BCL:0;ARA:13230040|43022699015|82310400026|8096899003|13003099007;
X-Forefront-Antispam-Report:
  CIP:67.231.154.184;CTRY:US;LANG:en;SCL:-1;SRV:;IPV:NLI;SFV:NSPM;H:dispatch1-
us1.ppe-hosted.com;PTR:dispatch1-us1.ppe-
hosted.com;CAT:NONE;SFS:(13230040)(43022699015)(82310400026)(8096899003)(1300
3099007);DIR:INB;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 07 Jul 2025 16:56:52.1396
  (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: d63186b8-bc71-4140-6bce-
08ddbd7745a2
X-MS-Exchange-CrossTenant-Id: ef786a97-123a-442a-ae75-a7c286fda20d
X-MS-Exchange-CrossTenant-AuthSource:
  CY4PEPF0000EE33.namprd05.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
```

```
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CO1PR10MB4484
X-MS-Exchange-Transport-EndToEndLatency: 00:00:02.7161973
X-MS-Exchange-Processed-By-BccFoldering: 15.20.8901.020
X-Microsoft-Antispam-Mailbox-Delivery:
    ucf:0;jmr:0;auth:0;dest:I;ENG:(910005)(944506478)(944626604)(4710137)(4
717077)(4999163)(920097)(930097)(140003);
X-Microsoft-Antispam-Message-Info:
    =?us-
ascii?Q?kYMD+G51CEuGes4/I2C5INgk+KA5o7u0pU4UjpZ8rpLEGyfPYGbLD+gGXk6u?=
 =?us-ascii?Q?su0F+OqDB0DAetEsj5CcKaYgnydZvoTLwcpsSXkDxh9dlSmDwccq3AY4ZYNl?=
 =?us-ascii?Q?EHDd7D7K6//WSGbZbLmF7C7Sd381d6AYmHFG6/9wd4HWfp2NkPxBVsgtFiMn?=
 =?us-ascii?Q?Rrq/cod/VmbH7NsUVSO2iz23CpriNvvScgTPhOILBUltWU8R6XeWyDtzg77Y?=
 =?us-ascii?Q?LJw1CP47O68qeUARMQRV3a7RkPEm/Yk4mSJlWk2yFBX7cTPBdW/40QA40a0t?=
 =?us-ascii?Q?asVorCQmUpiiygpgHtCATquoUSxvqe7nikChcAWCrOD48IuVQNyofUe2f8l9?=
 =?us-ascii?Q?FCxHKjLn6ApIEKv3tBfS7Pq/JpAB+igYZQO2zSScxR2Cp8iUf2Vs3D3CBgn9?=
 =?us-ascii?Q?9SEqocgM2oJBDfLSdIXLyHn4fJg0+EtoSCHOIZoGcz8ppypVuxqrm16XP0OE?=
 =?us-ascii?Q?/cgXfrcOnpHe/k9OHCzr5LElzAoajJjs4Cxn+0YG/vnf/KexOpklSGKYGmGL?=
 =?us-ascii?Q?GrGUth/FVK4fut6FhH0TTFVN1TR3SE3IM2mQiFO6ivR4rLS1cC34//PnBkKt?=
 =?us-ascii?Q?/eaF5v2s2TgTXebT2v7f9MqZKc3Rz6JLwSgMEFxIYFqBbKMCh401hJox/U6P?=
 =?us-ascii?Q?yhU3rEQkcRPq4fwaYDQ1w09ya2ITmgtjSWGwQFzLSy3EpOLIibFsNkWltRkM?=
 =?us-ascii?Q?6B6MjSwBH+Ay1PbJXLokOjkNCLAZ0jBb2h+uTQPvtD0AlVgZpjUg38GB7vOZ?=
 =?us-ascii?Q?athxhQrePP1SMbb5bip9a9gNZRE1N92DeUvV/wOzbkjC7+0odT66HkB/8hHo?=
 =?us-ascii?Q?cr3WKEn81SJFtyox6Onceulq+SXOO1BJTaJZyycMSCsm1MYqOcJkQ0xZOtgh?=
 =?us-ascii?Q?fPq6xXf7lj6K1gpFw+JKWj9cEpNK1RmRRYAcXBhABYRXjh1H2WfFtY5fTjtP?=
 =?us-ascii?Q?86y6wzs1IhtOBNbjvxTojvjFKsD0hmr8FbXF/eVEfbBC5ynRwETD0qlWdrlX?=
 =?us-ascii?Q?pWB/9CL5XrpSGbjcP+6akKi/if61qlXulF0iJHtLE5OFHjnyfUfgEiHdUs8n?=
 =?us-ascii?Q?A7lj4t3M/PMuvHMbtYIdf7S/czMXov5bK9MhnNLHc2xOJ4/bBfnelr16Br6a?=
 =?us-ascii?Q?kG+ckIZM8oKh1sAjf29FYfgtFLdqjfgoZ2qhXdqHfXddYcevnA1P4+wlcFCX?=
 =?us-ascii?Q?eFqn2qRWsc5VYfYWM4WEyX8dzPvGIOXY6nX3Fu+RBZ61qSSFgXK23qBC3kdE?=
 =?us-ascii?Q?YoZZR2QGyn8PF7brgmzZsIBCpplUm85AjqvGPS1XkcULy4t/Tk61UmJjgwdm?=
 =?us-ascii?Q?hOCkm+MuWmdlvShspCC+sazMr+syGDf3TqEeaDSPfbmAap/1nrB5dJTsj+JQ?=
 =?us-ascii?Q?rAIepaXeugZGgIb6F+rlFudeg0qnnhdEeqdAnnASzL3KdE64vBkVqg1pRgmB?=
 =?us-ascii?Q?JCqAA6QfVxws9gwxsSmh1tjrQwyzJGB097e8aJRvZXu20H+FFoVjCTs1juLA?=
 =?us-ascii?Q?xi+sh7BPijs3Qsr11DhcE5SgncgfFOHiSmCo88w2FVFZI1kGkvc/oHd67LcK?=
 =?us-ascii?Q?/ZJuP471WB70RdwMSMjfRJM1yO73/qhgIIr5xBSX89F6pWqCDaSCo2k763Oh?=
 =?us-ascii?Q?ITR1Dr61TG7XE39ZRhsw/a/tS0D2eEhhseF8yRGhvi0KwlTQUkyGVMTNNk3s?=
 =?us-ascii?Q?6IuPPGa0MsKuqz4DN5hbqIS81CSsEl5J+RJPdc9JG8lyOahp/pRuy/zIgNIU?=
 =?us-ascii?Q?+PcX1qbwBNt44dz44VeZmQLBO78npFpBFGS12ylfyGsqJFqz4cxulKB4bsDu?=
 =?us-ascii?Q?HjTZxQh2oLfMW+FAytHBV+bH63ZYcvuBv0Gr/a8AWDITCtAAbJj2zsyeasJL?=
 =?us-ascii?Q?n7UI4Z600H+Vg5zvPPs2HXFPic0FohPg7mdNBvaF9GxODm9Yd+m1etVLkz77?=
 =?us-ascii?Q?P5niJyNDC30iYDIFuI5bEWvPq30lh95NjcAaV8pYHNTStnJn/fp20LDW00mb?=
 =?us-ascii?Q?EukVd5I6CQDIAM3K9hvowkPGBShMa9X05r12fLj2lBusmWILM7X1BWmm/tIM?=
 =?us-ascii?Q?+BEWPUeHbgEmZgVlZi7wHQRF7Yg0yeagZnnFnK0H5u4938KS/yhV5kqifBPA?=
 =?us-ascii?Q?MOJQMAKyBmUL2BvyWdrGOcMLXr/CiFnJC4+SFwoEgFY8QwzhA/uOuMSlU/tU?=
 =?us-ascii?Q?6kG18l3gNFiZ65V9GhhBPqBghyD3JFopFr3O7T4buqCTIoGDjjeGtD0Ia9tm?=
 =?us-ascii?Q?jC144EbPEo1Yip/M4kh7AcA8qtVrrUu5naIXvCgF2kiifI9589NpqClsssjx?=
 =?us-ascii?Q?UOiaxmWOdiEHMh6QYIdUMqY33NFxsJWfnuuH6WSyDww0+g=3D=3D?=
```

From:        Jim Williams
To:          Jim Williams
Subject:     CPA golf July 2025
Date:        Monday, July 7, 2025 11:56:56 AM

---

**External Sender - From: (Jim Williams**
**<jim@golfinthenow.com>)**
This message came from outside your organization.

---

Hello, Everyone! This is the first 2025 CPA Golf email for all
players, parents and CPA admin that need to stay current with our
golf teams! Excited for the season ahead. We are less than a
month away!

There will be a weekly email that will outline the plan for the
coming week: match schedules, rosters, locations, times for
practice squad etc...

Group Me will no longer be used EXCEPT as a secondary
communication tool for last minute weather related match or
practice day announcements. So please keep the app open.

OTHER IMPORTANT NOTES:

FIRST: Please make sure you have sent me your golf shirt size.
Each player on the practice squad and competitive teams will get
two CPA golf shirts this year!

SECOND: **Tryouts** are 18 holes each day:

Wednesday, August 6 at 12:30 @Harpeth Hills
Thursday, August 7 at 3:50 @Old Natchez CC

Come immediately after school on August 7 to Old Natchez CC
for round 2 of the qualifier. Low scores day 1 tee off late on day
2....Tee times for day 1 will be announced a few days prior.

Remember....the top 9 finishers qualify for the player pool for JV
and Boys Varsity. The WINNER of the qualifier starts at the 6 spot

on Varsity immediately. As everyone knows, last year's Region team returns 5 varsity starters, and they have earned the exemption from qualifying. That will make the total player pool 14 once tryouts are complete. Players will move up and down between JV and Varsity based on SCORES in tournaments. Play well...you can move UP!!

There is a player fee that will be due for all players (competitive and practice squad) which covers ALL golf related expenses for the entire season. There are many! I will be sending the link very shortly. Please complete that when you receive it. The fee can be paid separately or added to tuition.

**Father Son weekend i**s August 9-10 at Hermitage Golf Course here in Nashville.  We are not traveling this year but it's gonna be a great 2 days. Here is the list of families signed up:

Smothers
Hill
Roach
Keen
Noble
Bascomb
Madrigal
Kroplin
Howard
Wenzel
McRae
Armisted
Wilkinson
El Gammal
Stanley
Lamphron
Carney
Chisolm
Robeson
Duckworth
Madison

More info to come in separate emails over next few weeks.

Thanks all!

Jim Williams
www.GolfintheNow.com
615.484.8510
Varsity Boys Golf Coach at CPA

**E-mail 2 on July 15, 2025 from Jim Williams Ivan's son's golf coach with Ivan's location August 9 and 10th in Nashville, TN**

```
Received: from CY8PR10MB7146.namprd10.prod.outlook.com (2603:10b6:930:74::15)
 by DM4PR10MB7450.namprd10.prod.outlook.com with HTTPS; Tue, 15 Jul 2025
 19:32:47 +0000
Received: from MN0PR05CA0011.namprd05.prod.outlook.com
 (2603:10b6:208:52c::17)
 by CY8PR10MB7146.namprd10.prod.outlook.com (2603:10b6:930:74::15) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8901.35; Tue, 15 Jul
 2025 19:32:45 +0000
Received: from BN1PEPF00004681.namprd03.prod.outlook.com
 (2603:10b6:208:52c:cafe::32) by MN0PR05CA0011.outlook.office365.com
 (2603:10b6:208:52c::17) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.8943.17 via Frontend Transport; Tue,
 15 Jul 2025 19:32:45 +0000
Authentication-Results: spf=softfail (sender IP is 67.231.154.184)
 smtp.mailfrom=golfinthenow.com; dkim=fail (body hash did not verify)
 header.d=golfinthenow-com.20230601.gappssmtp.com;dmarc=none action=none
 header.from=golfinthenow.com;compauth=none reason=405
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
 golfinthenow.com discourages use of 67.231.154.184 as permitted sender)
Received: from dispatch1-us1.ppe-hosted.com (67.231.154.184) by
 BN1PEPF00004681.mail.protection.outlook.com (10.167.243.87) with Microsoft
 SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id 15.20.8922.22
 via Frontend Transport; Tue, 15 Jul 2025 19:32:44 +0000
Authentication-Results-Original: ppe-hosted.com; spf=pass
 smtp.mailfrom=golfinthenow.com; dkim=pass
 header.d=golfinthenow-com.20230601.gappssmtp.com header.s=20230601;
 dmarc=none header.from=golfinthenow.com header.policy=none;
X-Virus-Scanned: Proofpoint Essentials engine
Received: from mail-vk1-f175.google.com (mail-vk1-f175.google.com
[209.85.221.175])
        (using TLSv1.3 with cipher TLS_AES_128_GCM_SHA256 (128/128 bits)
         key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest
SHA256)
        (No client certificate requested)
        by mx1-us1.ppe-hosted.com (PPE Hosted ESMTP Server) with ESMTPS id
004C42C0094
        for <ivan@bldrschoice.com>; Tue, 15 Jul 2025 19:32:40 +0000 (UTC)
Received: by mail-vk1-f175.google.com with SMTP id 71dfb90a1353d-
532de49b7e2so2687335e0c.0
        for <ivan@bldrschoice.com>; Tue, 15 Jul 2025 12:32:40 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=golfinthenow-com.20230601.gappssmtp.com; s=20230601; t=1752607960;
x=1753212760; darn=bldrschoice.com;
        h=cc:to:subject:message-id:date:from:in-reply-to:references
         :mime-version:from:to:cc:subject:date:message-id:reply-to;
```

```
             bh=l1RgDhZx9AiSVw+fTn1Lre6RSSIT2hC7tyvA9QL5xlo=;
             b=2NmCEnx+fZZu8pC/1eJm7fUyna8ru2oBUT0IjXVTo1Yv8KZVqGEsNuNCGEJBXfFNaU
              0HBJ6MSybKhvKKby3rkjmizBIqvhMOzEOQfLbT+x5rYAHSCFLs6DFuxaxLymm55FsvS/
              2Re112k5Uio/Dhzj0Phd1LvQjXNP8VLcdHlfzTi4EPdr1r2pXJYzZzz/b3vgqCTKvOQO
              rok04XndpDX5xwTqDtq+avvEDcYo61hvpBNpnwELSZfEDcLPRcVV5tcLx0WTTXVJp4Qi
              qqaGQ/TotgrsHL3eYtUVvJkKkkCCqIvNFZuS0XUa6drk8vt+SzP+qb77GnEjuqO3j4Fx
              054Q==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
             d=1e100.net; s=20230601; t=1752607960; x=1753212760;
             h=cc:to:subject:message-id:date:from:in-reply-to:references
              :mime-version:x-gm-message-state:from:to:cc:subject:date:message-id
              :reply-to;
             bh=l1RgDhZx9AiSVw+fTn1Lre6RSSIT2hC7tyvA9QL5xlo=;
             b=dXh/LnN5fuh2lcKSBwB7WdbI/6yhuZDgens7aWIpmyHG+//t78Z1ynRgroAA6433Mf
              FXax2aGZMhFOeno56Wblz1EQuMfUCPkVMJWMAe0SuuLeT9k7lZvBDKbePKYQUZwtIsDm
              GUkatRqjZWjfjJ+rSUnUD1AXqjHLp3FUVa7zwLJBYG9JdBFiCvpB4cG+svg3N6uqx8s0
              nsoWRZWDruIdv5m4gPgAYTfbbQbIgUmmjYmwTrxZk+k3z846jp8Pc6O9DGKLCye6gVs6
              SQ0gyHgvbyX2WM/0Lp7YG2FwiiyZ+FbvVAG9wnb2fcviW/YgIMvOOJKyW8mD0trFILtn
              z+mw==
X-Forwarded-Encrypted: i=1;
AJvYcCVNxmOvJKdkJ+THlldys7IKp2P4qumYD2N/LSJLqb4h2GmxOGRABtj2WHpMb06e/ud87pF7@
bldrschoice.com
X-Gm-Message-State: AOJu0YzHe5OBm8kJiB3ncU/slL6qBmHxIPUVO1UEIzK3zpgCdjuvruFC
             qsmur9rWrL10OqrtD1FvhumdDnkjUSUJ99mxjCF7jFqqXoFxMimwfb5+mTwMxkmNqa09HNz
qzqH
             qLIzYzb8=
X-Gm-Gg: ASbGncsQHVQZDiGDkB/x/MUtWCURb3JUwgHZYyprWQmGvINKVxWAX7GYsCCmUwnM8ra
             5M3M8/K9KVAJsiWRwGtupiOEK7TyX09/tcHJgNnQjegu/iltAFaNR4fRpk7t/B+v/hdtXsp
4Bd/
             TE8dxfThZOIqTBfERWZxLEDAXNKbt/EBpdQuqXj5OC/+J9dIKqUAEL6zjlSBSCqVg3ZB1hm
SGUv
             S3RO2ixHabJWyd8CXfdeWooQ4yqBQkc5pAKqPtePqCea/SRp5U68GX9aBV+qLsBChBGFXZt
skJv
             Z6wGwjqFzeILC2rREXbC1Bs6LhFB0S9napXohnk1PISflxq1dxtXuDm24KBpGUbAkC5yVYG
ErYi
             PSagzRrmE/5hrBOMmSUkM8qp/ukLZVnRFD+xTboIf83R9f2IoUslxVch7F1xH
X-Google-Smtp-Source:
AGHT+IGFkXOexfkpopjFhOBd20Gi+qDB5Ej6fAckheplbWHyyTQS0p31RdUmzLdBkWck/EIoTjwxB
w==
X-Received: by 2002:a05:6122:6164:b0:534:7a8d:dcd4 with SMTP id
71dfb90a1353d-5373e11a0b0mr474662e0c.0.1752607959726;
             Tue, 15 Jul 2025 12:32:39 -0700 (PDT)
Received: from mail-ua1-f52.google.com (mail-ua1-f52.google.com.
[209.85.222.52])
             by smtp.gmail.com with ESMTPSA id 71dfb90a1353d-
535e72159desm2802082e0c.2.2025.07.15.12.32.38
             for <ivan@bldrschoice.com>
             (version=TLS1_3 cipher=TLS_AES_128_GCM_SHA256 bits=128/128);
             Tue, 15 Jul 2025 12:32:38 -0700 (PDT)
```

Received: by mail-ua1-f52.google.com with SMTP id a1e0cc1a2514c-
884f2b3bc2eso2367221241.2
        for <ivan@bldrschoice.com>; Tue, 15 Jul 2025 12:32:38 -0700 (PDT)
X-Forwarded-Encrypted: i=1;
AJvYcCXa6ozyCktpxlHhVFX/dwxWzGLoijAnIPZrfez4yHzlw7HQnTFSh3OwHL6NDrtCqrQWFlu6@
bldrschoice.com
X-Received: by 2002:a05:6102:390c:b0:4da:fc9d:f0c with SMTP id
 ada2fe7eead31-4f89023eefdmr311366137.12.1752607957648; Tue, 15 Jul 2025
 12:32:37 -0700 (PDT)
MIME-Version: 1.0
References: <A79F252D-D2EE-4A95-AC3C-BF6BCED307C7@golfinthenow.com>
In-Reply-To: <A79F252D-D2EE-4A95-AC3C-BF6BCED307C7@golfinthenow.com>
From: Jim Williams <jim@golfinthenow.com>
Date: Tue, 15 Jul 2025 14:32:26 -0500
X-Gmail-Original-Message-ID:
<CANSLRcczn6q4TdBbkPHC2949g1DrHyWh9k8YB577bxs0DdSZnw@mail.gmail.com>
X-Gm-Features:
Ac12FXw0Ce2Ruj1NdkSMkNYNVHftJvK3LyWq0ri83hURQsqm9oiKJlvbaIFH1TA
Message-ID:
<CANSLRcczn6q4TdBbkPHC2949g1DrHyWh9k8YB577bxs0DdSZnw@mail.gmail.com>
Subject: Father son info
To: Jason Hill <jasonchill1980@gmail.com>, Grant Smothers
<gtsmothers@gmail.com>,
        taylor.roach@icloud.com, Eric Keen <ekeen@civitasgrowth.com>,
        Phillip Noble <phillipnoble@yahoo.com>, Linck Bascomb
<linckbascomb@yahoo.com>, ivan@bldrschoice.com,
        "kroplin@gmail.com" <kroplin@gmail.com>, Kevin Howard
<kevin.mccabe.howard@gmail.com>, aaronwenzel@yahoo.com,
        jaymcrae@yahoo.com, "Armistead, Jimmy" <Jimmy.Armistead@jll.com>,
Grant.e.wilkinson@gmail.com,
        Tarek El Gammal <telgammal@southeastventure.com>, lamphron@gmail.com,
        Kirk Stanley <kirkstanley@mindspring.com>, Jonathan Carney
<carneyjon29@gmail.com>,
        davechisolm@hotmail.com, Travis Robeson <twrobeson@gmail.com>,
davidmduckworth@gmail.com,
        Austin Madison <amad1106@gmail.com>, Dennis Garwood
<dennis.j.garwood@gmail.com>
Cc: Jim Williams <Jim@golfinthenow.com>
Content-Type: multipart/related; boundary="000000000000bf372d0639fcd6f4"
X-MDID: 1752607961-JrWr9rYNYRpU
X-PPE-STACK: {"stack":"us5"}
X-MDID-I:

us5;at1;1752607961;JrWr9rYNYRpU;<jim@golfinthenow.com>;7d4b2a8d185d9b1f3b1e1c
26826139ca
X-PPE-TRUSTED: V=1;DIR=IN;
Return-Path: jim@golfinthenow.com
X-MS-Exchange-Organization-ExpirationStartTime: 15 Jul 2025 19:32:45.3306
 (UTC)

```
X-MS-Exchange-Organization-ExpirationStartTimeReason: OriginalSubmit
X-MS-Exchange-Organization-ExpirationInterval: 1:00:00:00.0000000
X-MS-Exchange-Organization-ExpirationIntervalReason: OriginalSubmit
X-MS-Exchange-Organization-Network-Message-Id:
 75322afd-a116-4ba7-e084-08ddc3d65fbf
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: ef786a97-123a-442a-ae75-a7c286fda20d:0
X-MS-Exchange-Organization-MessageDirectionality: Incoming
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic:
 BN1PEPF00004681:EE_|CY8PR10MB7146:EE_|DM4PR10MB7450:EE_
X-MS-Exchange-Organization-AuthSource:
 BN1PEPF00004681.namprd03.prod.outlook.com
X-MS-Exchange-Organization-AuthAs: Anonymous
X-MS-Office365-Filtering-Correlation-Id: 75322afd-a116-4ba7-e084-08ddc3d65fbf
X-MS-Exchange-AtpMessageProperties: HVE
X-MS-Exchange-Organization-SCL: -1
X-Microsoft-Antispam:

BCL:0;ARA:13230040|82310400026|5063199012|43022699015|4073199012|5073199012|2
2003199012|8096899003|4076899003|4053099003|13003099007|921020;
X-Forefront-Antispam-Report:
 CIP:67.231.154.184;CTRY:US;LANG:en;SCL:-1;SRV:;IPV:NLI;SFV:NSPM;H:dispatch1-
us1.ppe-hosted.com;PTR:dispatch1-us1.ppe-
hosted.com;CAT:NONE;SFS:(13230040)(82310400026)(5063199012)(43022699015)(4073
199012)(5073199012)(22003199012)(8096899003)(4076899003)(4053099003)(13003099
007)(921020);DIR:INB;
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 15 Jul 2025 19:32:44.9468
 (UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 75322afd-a116-4ba7-e084-
08ddc3d65fbf
X-MS-Exchange-CrossTenant-Id: ef786a97-123a-442a-ae75-a7c286fda20d
X-MS-Exchange-CrossTenant-AuthSource:
 BN1PEPF00004681.namprd03.prod.outlook.com
X-MS-Exchange-CrossTenant-AuthAs: Anonymous
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CY8PR10MB7146
X-MS-Exchange-Transport-EndToEndLatency: 00:00:02.9808336
X-MS-Exchange-Processed-By-BccFoldering: 15.20.8922.017
X-Microsoft-Antispam-Mailbox-Delivery:
       rwl:1;ucf:0;jmr:0;auth:0;dest:I;ENG:(910005)(944506478)(944626604)(4710
137)(4717077)(4999163)(920097)(835004)(255002)(410001)(930097)(140003);
X-Microsoft-Antispam-Message-Info:
       =?us-
ascii?Q?TJNWCeJNHcf3KKIeX3lcx8MTPb9XNhnuFW96Dp6w6T+AHgMIhPFc6nqAY5sV?=
 =?us-ascii?Q?FqFGE+/QIwqFCSIs32HPoXuTLMBj737UY2FPuCNebtPJ9M5MtQ7vgnKZw+SE?=
 =?us-ascii?Q?XF8Yv52iuqprm/gcip1ch+zzgFI8+sy1qqmv6u26NUu+76N09VrmOrYfcCuR?=
 =?us-ascii?Q?nV1EH0hd1gLT+vGaTzAhV/tYrpcyzCbI7SH75TBK6HXmKY1aXLprwIoxb0js?=
 =?us-ascii?Q?EgeDiePVBoaRxtfCqMaa8GdtVJqG0QPv1GbqTDdY5CgumxaHB4DqDqSwwAVT?=
```

=?us-ascii?Q?9VqQ8FStLe9EY0N8vLNvYcJD0DCLXYbr1PFGZ2/9z8KXWroarYWyEtU6VPpb?=
=?us-ascii?Q?sctmVBWNKfNpRcd4pUUyJJrqCkU7n2RXgkTiTWjNTP6p4+DeZZMSQwCqRBYH?=
=?us-ascii?Q?MBAafl898IkV31pkqoAUQF+QyHFW++TwGS5Nh3bHxEEYEDHPAlB0kd9D2z9y?=
=?us-ascii?Q?U7WnrrA9kjznMmrfWUFylooqjsT04jqb60B4UaikXA5PrFe27aU4uKI1dIYI?=
=?us-ascii?Q?OILiHl41yHiCCSpb9cOEBD4jgLikUQoipZqA/GB4dGclTx8FfLMWadEHxe49?=
=?us-ascii?Q?c+ypULHTKUFZh+fNKFNcksuOb4gf5UKDONNuwkFTEJPL2sErIN16wIXZkJyN?=
=?us-ascii?Q?ZbV2M7Y4bEFzoT/BeK4q6GgQ6jefFzYGvdhb+SBYKpnAuZ6XyoFZcAc4aAQ7?=
=?us-ascii?Q?FHP6A3n/Nf/lVshR4YFK6JCpM87Knr5D4KmkZo4MgV5Ys2ZtGt8rAn9bbE8T?=
=?us-ascii?Q?AHXWf/ggCQdi1RMuBR6OsFPMyk4uvkgHINqOcKnk52QH9ybgOus7sEh00coO?=
=?us-ascii?Q?rk7E10gpJ0OzdonY62VWvfiPhQImHojLvFjK65NWi2y4kIsirDo7KRyxrwiH?=
=?us-ascii?Q?G/TmxND+0nYNyElz7+2oWHvNGccu5MvNyktR5MF3DYoFhOtNi/qtOID7cUHW?=
=?us-ascii?Q?WhuIUsRmDkd2Ul26bXQ3EXv5GFTb/eHRxGlRGK0tkuFxRLZ8jUnifU+n/LdZ?=
=?us-ascii?Q?KM5mT13Nb47C/ragbW59l5B2/Rp6CcqS73hsyJDL7JWxbQQBtcaf9sUHH6xU?=
=?us-ascii?Q?rKY5x1TPugWtyxjEhkN+GvkFk7AvCy+OmcVIX9hmGiEtoOedE0fzpOsJ4+Z9?=
=?us-ascii?Q?u5jqBjvJpdXX+BUOKnWmTyR14XsYjkF+gsAzqZ78QWirEHMkUbdsiSmsokUI?=
=?us-ascii?Q?r0ZPuax6QRkqNjN9/lDVJaDTrBhZ6gIxSlgih/iJ8tYedJOjhIDpexAulxOf?=
=?us-ascii?Q?JhHjbPDGs+spI1Hm5vjIVjbT31Qw/rVAy+WjkjUmc/ZU4SAf5SPI6znQxbsM?=
=?us-ascii?Q?jExDgiioAlZdMRvO3TElcvtq60ZSxL7AihSCanF/sRr6Hys8Xg1ZmzpWm5bd?=
=?us-ascii?Q?gHx5usX/nSTPQPCPjO+VriHVjODGYvGx1WWRFVXkZYumwTodYmeiF2OEvizj?=
=?us-ascii?Q?FiMI2L4V1OZM4suRRA99OSj0o/8uP4HyO2C8ho7vwyoyz/HfhXIjADWD8skm?=
=?us-ascii?Q?pQkyag5clsyU1n84HQoNX5SQGT65qQUpxYF47GMBJw6rOcSQFOiKoRZACNOr?=
=?us-ascii?Q?xhkINztAJd0djS8aFLQYGcL/alyTZGJbUwOi92weJla5zePNj0ZYSMU1c9wZ?=
=?us-ascii?Q?bpX9SyJ043gXd7lM353GvZPbyhCnCtoVilaFAWAl91i2HC9eK9pHxMKNI43h?=
=?us-ascii?Q?6xePhdaCqsCc4amUy1Lh7vWZNrNl0LL9hL2xUaJCvQlDuM0/wDswBDveZC9W?=
=?us-ascii?Q?z5MvG4H9jiaHr54Kmi7fbJO4yRvuR1+ID+3jUd+nqle/5PdgZ4lyfodyZS6F?=
=?us-ascii?Q?3iI4oerI1BxfEl2ym9PJ2wPV34NhS812OuWO+EE6ffoNPaNwp/EWiojqLPmg?=
=?us-ascii?Q?pIXfqb5I/6pHGr+OSux4RVWlSjQOw9PrkTue1u6mREIFMbH9CJp9DcPoA+Vo?=
=?us-ascii?Q?GqGlk0u8mREOJfH8otM/BXLlQ3WVm0bSwruNStbcXVZGTyN5lplnw6y8NuCz?=
=?us-ascii?Q?FvTUNYo7f/Nh0Oz6YqqiJTJtQFQPV8YufyFeMuGe84nH5zMCRWQwI82RrwyK?=
=?us-ascii?Q?bzOFyzqRq+/cWpU7Ka7gQuM+qBxohn1FJfiI6y6CZtpKpylr1dS+uLkevWGJ?=
=?us-ascii?Q?H8dP5t7C/PwMHDG4F4pkzlP9uEXx1vI8qaDohYW3ox4+RSvyJHRAXKb1StDh?=
=?us-ascii?Q?pePWDCNF1VehIsw15uEWh4BYEqB8Ms7RFpd8TMGbvUSpadlcVg9njHsN6o8A?=
=?us-ascii?Q?iBbyMC9MTf9G91HwvcRjhTL8/jXAdHsOsSbeW9wIp9JjjtyShhAe4Iw/+B1V?=
=?us-ascii?Q?b4T+uOSV/g9z0Vk2ioE1JCwIs9ivJavX33Iz981bpVnet7oNv+9bfCFSD3g6?=
=?us-ascii?Q?x8BcLwsxbYcZedomOgOax7gocHL4CQ0cKTnz1xuMUuZd3OFnH4nR6fXCWBb4?=
=?us-ascii?Q?wp9nv+8+M2zyAMp0ITw56nLOL/rsBDnPqnwGQ9tTAG3/ICLbNyBZ8g=3D=3D?=

**ivan.e.madrigal@gmail.com**

| | |
|---|---|
| **From:** | Jim Williams <jim@golfinthenow.com> |
| **Sent:** | Tuesday, July 15, 2025 2:32 PM |
| **To:** | Jason Hill; Grant Smothers; taylor.roach@icloud.com; Eric Keen; Phillip Noble; Linck Bascomb; Ivan Madrigal; kroplin@gmail.com; Kevin Howard; aaronwenzel@yahoo.com; jaymcrae@yahoo.com; Armistead, Jimmy; Grant.e.wilkinson@gmail.com; Tarek El Gammal; lamphron@gmail.com; Kirk Stanley; Jonathan Carney; davechisolm@hotmail.com; Travis Robeson; davidmduckworth@gmail.com; Austin Madison; Dennis Garwood |
| **Cc:** | Jim Williams |
| **Subject:** | Father son info |

---

**External Sender - From: (Jim Williams <jim@golfinthenow.com>)**
This message came from outside your organization.

---

Hello All!  Looking forward very much to our Father-Son weekend August 9-10 at Hermitage. Let me explain how the weekend is going to go....

DAY 1: Saturday 8/9

We have split course tee times beginning at 1:00.  Arrive by noon or so but eat lunch on your own before.  Half the group starts on one course, and half the other.  (I'll provide the pairings prior) Then Sunday we flip flop. Because we have 48 people in all (12 foursomes), we need to have everyone finish within an hour of the first group each day so we can have dinner right after.

After we finish round 1,(probably 5:30-6:00) we will all gather inside clubhouse in a private area for a full dinner: BBQ, fried chicken, Mac and cheese, green beans and tea and soda. Gonna be delicious!!!! Fellowship and togetherness will be the theme this evening. Planning to have a few dads speak briefly to everyone and then will have some nice group time and discussion as well.

Day 2: Sunday 8/10

Meet at Hermitage @8:30 AM for full breakfast and devotional time. Will be a great way to start the day, honor the Lord, and be thankful for our collective time together. About 9:15-9:30 we can head out to range to warm up. Tee times begin at 10:00 on both courses.
I'll re do pairings for day 2....

Before we tee off both days, I'll have some sort of father son skill challenge each day!  A partner competition of some sort. Winners will get prizes. Planning on having a 2-man scramble format both days when we play.

At the end of round 2, you can hang out and watch other groups finish or simply head home.

This is a wonderful and quick weekend, and every year I appreciate more the opportunity to gather together and celebrate our sons and our relationship with them. Your son needs to know how much you, as his father, love and value him for who he is uniquely in the eyes of the Lord AND in your eyes.

COSTS: No hotel this year!  Suzanne Smothers and I have worked with Hermitage to package this all together (well mostly Suzanne!) and here is the cost breakdown per family:

GOLF:
$97+tax PP on Saturday
$112+tax PP on Sunday

FOOD:
$180 total cost per family. This includes dinner, breakfast and service charge and tip for both meals.

Each day you will pay for your golf fees in the pro shop.

The FOOD needs to be prepaid with a deposit etc and done with one payment which I am handling. So please send me this week a Venmo for $180 which covers this.



Any questions let me know. I'll send another email in the days leading up to this with anything pertinent.

See everyone soon!!


Jim Williams
www.GolfintheNow.com
615.484.8510
Varsity Boys Golf Coach at CPA



| Subject | Start Date | Start Time | End Date | End Time | All day event | Reminder Date | Reminder Time | Meeting Organizer | Required Attendees | Categories |
|---|---|---|---|---|---|---|---|---|---|---|
| Ivan Lucas Father son CPA Golf Trip | 8/8/2025 | 12:00:00 AM | 8/10/2025 | 12:00:00 AM | TRUE | 8/7/2025 | 6:00:00 AM | Ivan Madrigal | Maria Weaver (lmweaver0811@gmail.com);Son | Ivan Has Kids |
| REN Dermatology - Nashville Appt | 8/5/2025 | 12:00:00 AM | 8/6/2025 | 12:00:00 AM | TRUE | 8/4/2025 | 6:00:00 AM | imadrigal@bldrschoice.com | | |
| REN Dermatology Appt Aug 5th. | 8/5/2025 | 8:00:00 AM | 8/5/2025 | 8:50:00 AM | FALSE | 8/5/2025 | 7:45:00 AM | | | |
| Ivan Has Kids. | 7/31/2025 | 12:00:00 AM | 8/4/2025 | 12:00:00 AM | TRUE | 7/30/2025 | 6:00:00 AM | imadrigal@bldrschoice.com | Maria Weaver | Ivan Has Kids |
| Ivan with Kids in Nashville | 7/17/2025 | 12:00:00 AM | 7/21/2025 | 12:00:00 AM | TRUE | 7/16/2025 | 6:00:00 AM | imadrigal@bldrschoice.com | Maria Weaver | Ivan Has Kids |

IEM000042

EXHIBIT E



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

June 21, 2025 through July 21, 2025
Account Number:     **000002901667896**



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |
| We accept operator relay calls | |

00449221 DRE 201 219 20325 NNNNNNNNNNN  1 000000000 14 0000
IVAN E MADRIGAL
555 W 19TH ST APT 709
HOUSTON TX 77008-4385

## We're making changes to help better protect your account

1. **You may be required to use a trusted device for certain account and digital services**
   Starting September 21, 2025, you may need to use a trusted device to manage your account and digital profile, access or use certain account product and services (including certain wire transfers), make certain payments and transfers, or to provide authentication or approvals. A trusted device is a smartphone that has been enrolled with us based on specific criteria.

   **You may need to enroll a device**
   You may already be using a trusted device. If not, you'll receive instructions to make your device trusted the next time you try to perform an action that requires it.

   For more details, please see the Amendment in the Deposit Account Agreement and the new Section V. D. *Using trusted devices.*

2. **How we treat third-party endorsed check deposits is changing**
   A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

   You can find this update in Section III  A  *Our rights and responsibilities for deposits*

You can see the complete, updated Deposit Account Agreement beginning June 12, 2025, at **chase.com/disclosures**. If you have questions, please don't hesitate to contact us by calling the number on this statement.



June 21, 2025 through July 21, 2025
Account Number: **000002901667896**



## CHECKING SUMMARY | Chase Premier Plus Checking

| | |
|---|---|
| **Beginning Balance** | ▮ |
| Deposits and Additions | ▮ |
| ATM & Debit Card Withdrawals | ▮ |
| Electronic Withdrawals | ▮ |
| Fees | ▮ |
| **Ending Balance** | ▮ |
| | |
| Annual Percentage Yield Earned This Period | ▮ |
| Interest Paid This Period | ▮ |
| Interest Paid Year-to-Date | ▮ |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | ▮ |
| 06/23 | Orb Upl     Loan | PPD ID: 9088507376 | **39,260.00** | ▮ |
| 06/23 | Card Purchase | 06/21 Mcdonald's F31433 Bellevue TN Card 8239 | -13.99 | ▮ |
| 06/23 | Card Purchase | 06/21 Glf*Harpethvalleygolf Nashville TN Card 8239 | -2.00 | ▮ |
| 06/23 | Card Purchase | 06/21 Fancy Nails Franklin TN Card 8239 | -160.00 | ▮ |
| | | | -50.00 | ▮ |

# CHASE ◐

June 21, 2025 through July 21, 2025
Account Number:  000002901667896

## TRANSACTION DETAIL  *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/14 | Card Purchase | 07/12 Tst* El Alma Cafe Y Can Austin TX Card 8239 | -145.86 | 7,189.97 |
| 07/14 | Card Purchase | 07/12 Planet K South Austin TX Card 8239 | -58.41 | 7,131.56 |
| 07/14 | Card Purchase | 07/12 Tst*Proud Mary Cafes LI Austin TX Card 8239 | -63.83 | 7,067.73 |
| 07/18 | Card Purchase | 07/16 Chick-Fil-A #01109 Lufkin TX Card 8239 | -11.25 | 6,394.32 |
| 07/18 | Card Purchase | 07/17 Tequilas 2 Nashville TN Card 8239 | -48.29 | 6,346.03 |
| 07/18 | ATM Withdrawal | 07/18 7655 US 70 S Nashville TN Card 8239 | -1,000.00 | 5,346.03 |
| 07/21 | Card Purchase | 07/20 T-Op Cold Grill Ice CR Spring Hill TN Card 8239 | -17.64 | 5,491.38 |
| 07/21 | Card Purchase | 07/20 Publix #1047 Spring Hill TN Card 8239 | -3.19 | 5,488.19 |

**Ending Balance**

A Monthly Service Fee was **not** charged to your Chase Premier Plus Checking account. Here are the two ways you can
continue to avoid this fee during any statement period
*   **Have an average qualifying deposit and investment balance of $15,000.00 or more**

*   **OR, authorize us to make automatic payments to your qualifying Chase mortgage from your Chase account.**
    (You do not have a qualifying Chase mortgage)

IEM000046



**CHASE**

June 21, 2025 through July 21, 2025
Account Number:    000002901667896

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

IEM000047

Page 4 of 4



**MileagePlus.**
**UNITED**

Manage your account online: www.chase.com/united

Customer Service 1-800-797-7795

Mobile: Download the Chase Mobile® app today

| August 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

Due

### MILEAGEPLUS MILES EARNED

| | |
|---|---|
| 3X Miles earned on United purchases | |
| Additional miles earned at restaurants | |
| Additional miles earned on travel purchases | |
| Miles earned on all purchases | |
| 3 addl miles on Renowned Hotels | 0 |

**Total miles earned this statement**

Thank you for choosing the United Club(SM) Card! Please visit www.united.com/usemiles to see all your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

Your United Club(SM) Card provides: United Club individual membership, Premier Access including Priority Boarding, free first and second checked bag fee for Cardmembers and one traveling companion, hotel and card status, no foreign transaction fees, 25% off United inflight purchases and up to $120 off Global Entry TSA Pre-Check® or NEXUS. You also earn 4 miles per $1 spent on United purchases, 2 miles per $1 spent on all other travel purchases, 2 miles per $1 spent on dining at restaurants, and 1 mile per $1 spent on all other purchases.

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | | |

If you would like information about credit counseling services, call 1-866-797-2885.

### ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 8431**

| | |
|---|---|
| Previous Balance | |
| Payment, Credits | |
| Purchases | |
| Cash Advances | |
| Balance Transfers | |
| Fees Charged | |
| Interest Charged | |
| New Balance | |
| Opening/Closing Date | 07/03/25 - 08/02/25 |
| Credit Access Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |
| Past Due Amount | |
| Balance over the Credit Access Line | |

### YOUR ACCOUNT MESSAGES

We hope you enjoy all the benefits your card has to offer and we appreciate your business. Your annual membership fee in the amount of $695.00 will be billed on 10/01/2025. There is a transaction fee for each balance transfer and cash advance in the amount of $5.00 or 5% minimum per balance transfer and 5.00% or $10.00 minimum per cash advance. Chase Pay Over Time monthly fee of up to 1.72% of the amount of each eligible purchase transaction or

**This Statement is a Facsimile - Not an original**

**MileagePlus.**
**UNITED**

43885761752084310021655604621173038877682

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at chase.com/paycard

Payment Due Date: 08/27/25
New Balance:
Interest Saving Balance:
Minimum Payment Due:
Account number: XXXX XXXX XXXX 8431

$ _____   Amount Enclosed
Make Vail to Chase Card Services at the address below

46169 BEX Z 21428 C

IVAN E MADRIGAL
555 W 19TH ST APT 709
HOUSTON TX 77008-4385

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC 28201-1423

IEM000048

5000 460 281 2366 175 2084 3 10

## To contact us regarding your account:

|  Call Customer Service | ? | ✉ | ✂ | ✍ |
|---|---|---|---|---|
| • U.S. ............1-800-577-7783 | Send inquiries to | Mail payments to | Visit Our website |
| • Español .........888-446-3308 | P.O. Box 15298 | P.O. Box 15123 | www.chase.com/cardhelp |
| • Pay by phone ..800-436-7958 | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| • Outside U.S. ...1-847-488-5500 | | | |
| • We accept operator relay calls | | | |

**Information About Your Account**

**Making Your Payments**

The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay most balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 6 p.m. local time at our Payments address on this statement, we will credit it to your account that day. If your payment is received after 6 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payment may be delayed for up to 5 days.

**About Filing a Dispute or Reporting to Credit Bureaus**

We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services, P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Funds or Debit**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments**

Any payment check or other form of payment that you send us for less than the full balance that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice**

If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation of Balance Subject to Interest**

To figure your periodic interest charges for each billing cycle where you apply periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose - for fees

**How To Avoid Paying Interest On Purchases**

Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit**

If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- **Account information:** Your name and Account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement

MileagePlus
UNITED

Manage your account online
www.theunited.com

Customer Service:
1-800-157-7765

Mobile: Download the
Chase Mobile app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

amount you select to pay over time. Please see the Annual Renewal Notice section of your statement disclosures for more information.

By paying your interest Saving Balance each billing period by your due date you will avoid interest on purchases appearing on your next statement. If your interest Saving Balance for any billing period is less than your minimum payment due, your interest Saving Balance will reduce your minimum payment due to avoid a late payment fee. For additional information on your interest Saving Balance including rules and how we calculate this payment amount please refer to the end of your statement.

## ACCOUNT ACTIVITY



| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 07/20 | AUTOZONE #6320 NASHVILLE TN | -75.72 |
| **PURCHASE** | | |
| 07/02 | MIDDLE TENNESSEE ELECTRI MTEMC.SMARTHU TN | 305.47 |

IVAN E MADRIGAL

This Statement is a Facsimile - Not an original
Page 2 of 5

Statement Date:  08/02/25

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | 3 YX        MFE      IAH | |
| | 4 YO        IAH  ·  MCO | |
| 07/12 | PAPER WORK AUSTIN TX | 37.18 |
| 07/12 | TST* EL ALMA CAFE Y CANTI AUSTIN TX | 33.20 |
| 07/13 | TST* TWO HANDS AUSTIN AUSTIN TX | 7.80 |
| 07/13 | TST* RADIO COFFEE & BEER AUSTIN TX | 14.87 |
| 07/13 | TST*COSMIC TACOS Austin TX | 24.08 |
| 07/13 | BUC-EE'S #16 GIDDINGS TX | 30.29 |
| 07/13 | COSMIC COFFEE EAST SIDE AUSTIN TX | 15.96 |
| 07/13 | WHATABURGER 800   Q26 KINGSVILLE TX | 14.70 |
| 07/14 | HILTON GARDEN INN MCALLEN TX | 96.21 |
| 07/14 | TST*RESERVA COFFEE ROAST McAllen TX | 25.89 |
| 07/14 | MCDONALD'S F36398 VICTORIA TX | 15.00 |
| 07/15 | James Avery - 062 Austin TX | 221.91 |
| 07/15 | EXXON STAR STOP #71 COLUMBUS TX | 69.09 |
| 071525 1 Y        IAH      MCO | | |
| 07/17 | EXXON CASEY JONES MART JACKSON TN | 51.75 |
| 07/17 | SQ *OAK & IVY Hot Springs AR | 6.00 |
| 07/16 | FAMILY STORE ARKADELPHIA AR | 33.08 |
| 07/ | | |
| 07/18 | GLF*HARPETHVALLEYGOLF NASHVILLE TN | 20.00 |
| 07/19 | TST*LAND OF A THOUSAND H Nashville TN | 25.86 |
| 07/19 | ZACH Theatre Austin TX | 182.00 |
| 07/19 | GLF*HARPETHVALLEYGOLF NASHVILLE TN | 15.00 |
| 07/19 | TST*LAND OF A THOUSAND H Nashville TN | 7.76 |
| 07/18 | FAIRFIELD INN & SUITES NASHVILLE TN | 172.23 |
| 07/19 | 4417 GREAT CLIPS AT BELLE NASHVILLE TN | 30.00 |
| 07/18 | SHELL OIL 57546496308 NASHVILLE TN | 55.82 |
| 07/19 | GOLF GALAXY #3213 BRENTWOOD TN | 141.07 |
| 07/18 | SQ *THE PERCH Brentwood TN | 25.55 |
| 07/17 | COURTYARD LITTLE ROCK LITTLE ROCK AR | 131.30 |
| 07/18 | AUTOZONE #6320 NASHVILLE TN | 171.14 |
| 07/20 | SQ *THE PERCH Brentwood TN | 22.40 |
| 07/21 | LS WOODS TRADING COMP 120-55147810 AL | 158.40 |
| 07/21 | SQ *NOLA ICE-BROAD STREET BIRMINGHAM AL | 21.12 |
| 07/21 | LOVE'S #0227 INSIDE MC CALLA AL | 2.71 |
| 07/20 | SPRINGHILL SUITES GARDENDALE AL | 151.20 |
| 07/21 | BEST BUY     00003830 BIRMINGHAM AL | 277.49 |
| 07/21 | BUC-EE'S #57 ATHENS AL     IEM000051 | 39.09 |

This Statement is a Facsimile - Not an original

MileagePlus.
UNITED     Manage your account online    Customer Service:  Mobile: Download the
                                                                    1-800-537-7783       Chase Mobile app today

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 07/21 | LOVE'S #0227 OUTSIDE MC CALLA AL | 26.40 |
| 07/21 | BUC-EE'S #57 ATHENS AL | 40.32 |
| 07/21 | SQ *SWEET CAROLINE'S Gardendale AL | 5.13 |
| 07/20 | FAIRFIELD INN & SUITES NASHVILLE TN | 364.64 |
| 07/22 | SQ *NATIVE COFFEE CO Jackson MS | 7.54 |
| 07/22 | GOOGLE *Universe Bill 855-836-3987 CA | 8.65 |
| 07/22 | SQ *NATIVE COFFEE CO Jackson MS | 7.54 |
| 07/22 | SQ *NATIVE COFFEE CO Jackson MS | 12.42 |
| 07/22 | SUMUP *HIGHLAND COFFEES BATON ROUGE LA | 12.35 |
| ▮ | ▮ | ▮ |
| 07/22 | SQ *NATIVE COFFEE CO Jackson MS | 17.24 |
| 07/22 | LOVE'S #0393 OUTSIDE MCCOMB MS | 41.84 |
| 07/22 | COURTYARD BY MARRIOTT PEARL MS | 155.68 |
| 07/23 | LOVE'S #0362 OUTSIDE VINTON LA | 35.17 |
| 07/23 | LOVE'S #0362 INSIDE VINTON LA | 2.43 |
| ▮ | | ▮ |
| 07/23 | TST*CITY ROOTS COFFEE-BA Baton Rouge LA | 7.30 |
| ▮ | ▮ | |
| 07/23 | SPRINGHILL SUITES BATO BATON ROUGE LA | 152.62 |
| 07/23 | TST*CITY ROOTS COFFEE BA Baton Rouge LA | 18.29 |
| ▮ | | |
| 07/23 | ▮ | 183.45 |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| 07/30 | WALGREENS #7518 800-289-2273 TN | 46.78 |

**FEES CHARGED**

| ▮ | ▮ | ▮ |
|---|---|---|
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

**INTEREST CHARGED**

| 08/01 | PURCHASE INTEREST CHARGE | ▮ |
|---|---|---|
| | TOTAL INTEREST FOR THIS PERIOD | |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | ▮ |
| Total interest charged in 2025 | |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## CHASE PAY OVER TIME® - PLANS SET UP AFTER PURCHASE[1]



| Description | Plan Start Date | Original Principal | Total Payments | Remaining Principal | Remaining Payments | Monthly Principal | Monthly Fee | Payment Due |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | | | | | | | | ▮ |

This amount and the total monthly payment amount of any plans you may have set up at checkout are included in both your Minimum Payment Due and Interest Saving Balance.

[1] Chase Pay Over Time® - plans set up after purchase is formerly My Chase Plan®. For more details about your plans, see your Chase Pay Over Time dashboard.

IEM000052

This Statement is a Facsimile - Not an original

IVAN E MADRIGAL                                              Statement Date:  08/02/25
0020001  FIS33339 C 4              N  Z  02  /26/08/02      Page 4 of 5    05059  MA MA  46569  214100000400040056903

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 19.49%(v)(d) | ███ | ███ |
| **CASH ADVANCES** | | | |
| Cash Advances | 29.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 19.49%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 19.49%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## What is an Interest Saving Balance?

Pay the Interest Saving Balance every month by your due date to avoid interest on new purchases and avoid prematurely paying off your flexible financing offer balances. This amount includes your current statement new balance, minus your total balance for flexible financing offers, plus your monthly payment due for all flexible financing offers. It doesn't include disputed amounts.



| New Balance | Total Balance for Flexible Financing Offers | Monthly Payment Due for Flexible Financing Offers | Interest Saving Balance |
|---|---|---|---|
| As shown on page 1 of your current monthly statement | Total amount outstanding for all flexible financing offers | Total amount owed this month for your active flexible financing offers | Pay this by your due date each month to avoid interest on next statement's purchases |

Note: If your Interest Saving Balance during a billing period is less than your minimum payment due, your Interest Saving Balance will reflect your minimum payment due to avoid a late payment fee. Interest Saving Balance doesn't include disputed amounts.

## What is a Flexible Financing Offer?

Flexible financing offers, like equal payment plans, allow you to pay those balances over time based on their offer terms and still avoid additional interest charges on new purchases. Flexible financing offers do not include balance transfers, cash advances, and any promotional purchase APR offers that lack an interest-free period.



8/17/25, 8:52 PM                                      United Gateway (...4188) - chase.com



Printed from Chase Personal Online

## United Gateway (...4188)

$                                                       

<u>Current balance</u>  |  Show details ∨

**Aug 20, 2025**                          
Payment due date         Minimum payment due     Remaining statement     Available credit
                                                  balance

Off ⓢ  |               ▮▮▮▮▮ | Redeem
Automatic payments                   ›

                         MileagePlus® Miles

---

## Transactions

### Pending (2)                                                              ∧

Pending charges: ▮▮▮▮▮

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮ |
| | ▮▮▮▮▮ | ▮▮▮ |

---

Showing    | Activity since last statement                         ∨ |

Current balance ▮▮▮▮

| Date ⇕ | Description ⇕ | Category | Amount ⇕ |
|--------|--------------|----------|----------|
| ▮▮▮▮ | ▮▮▮▮ | ∨ | ▮▮▮ |
| | ▮▮▮▮▮ | | |

IEM000054

United Gateway (...4188) - chase.com

| Date ⬍ | Description ⬍ | Category | | Amount ⬍ |
|---------|--------------|----------|---|----------|
| ███ | ████████ | | ⌄ | ███ |
| ███ | ███ | | ⌄ | ███ |
| | ███ | | ⌄ | ███ |
| ███ | ████ | | ⌄ | ███ |
| Aug 11, 2025 | City Roots Coffee Bar | | ⌄ | $6.30 |
| | Love's | | ⌄ | $45.68 |
| | Love's | | ⌄ | $3.34 |
| Aug 10, 2025 | Love's | | ⌄ | $48.86 |
| | ███ | | ⌄ | ███ |
| Aug 08, 2025 | HARPETH HOTEL | | ⌄ | $8.56 |
| | CREMA BRENTWOOD | | ⌄ | $21.46 |
| | Tropical Smoothie Caf?? | | ⌄ | $19.17 |
| Aug 07, 2025 | Golf Galaxy | | ⌄ | $88.64 |
| Aug 06, 2025 | Chick-fil-A | | ⌄ | $11.95 |
| | ███ | | ⌄ | ███ |
| | Journeys | | ⌄ | $109.74 |
| Aug 04, 2025 | Publix | | ⌄ | $11.83 |
| Aug 02, 2025 | HARPETH HOTEL | | ⌄ | $8.56 |
| | HARPETH HOTEL | | ⌄ | $25.68 |

IEM000055

8/17/25, 8:52 PM                                    United Gateway (...4188) - chase.com

| Date ⇕ | Description ⇕ | Category | | Amount ⇕ |
|--------|---------------|----------|---|----------|
| | Well Coffeehouse | | ⌄ | $13.25 |
| Aug 01, 2025 | Love's | | ⌄ | $38.50 |
| Jul 31, 2025 | FAINTING GOAT COF | | ⌄ | $7.45 |
| | Love's | | ⌄ | $46.31 |
| | Love's | | ⌄ | $2.50 |
| | ███████ | | ⌄ | ███ |
| | ███████ | | ⌄ | ███ |
| Jul 29, 2025 | WASH N ROLL 31 FRANKLIN | | ⌄ | $34.00 |
| | CVS | | ⌄ | $25.23 |
| | FAINTING GOAT COF | | ⌄ | $7.82 |
| Jul 28, 2025 | Pilot Flying J | | ⌄ | $5.86 |
| | Mediterranean Sandwich Co | | ⌄ | $19.63 |
| | RESIDENCE INN BATON RO | | ⌄ | $153.79 |
| | City Roots Coffee Bar | | ⌄ | $4.77 |
| | Alabama Express | | ⌄ | $70.40 |
| | Love's | | ⌄ | $33.92 |
| | STRANGE BREW COFFEEHO | | ⌄ | $7.03 |
| | Love's | | ⌄ | $6.60 |
| | CVS | | ⌄ | $46.06 |
| | Love's | | ⌄ | $5.79 |

IEM000056

United Gateway (...4188) – chase.com

| Date ◇ | Description ◇ | Category | | Amount ◇ |
|---------|--------------|----------|---|----------|
| | Love's | | ∨ | $45.08 |
| Jul 27, 2025 | Chevron | | ∨ | $9.43 |
| | Chevron | | ∨ | $39.53 |
| | ████████████ █ | | | ████ |
| ████████ | ██████████ | | ∨ | ████ |
| | ██████████ | | ∨ | ███ |
| | ███████ | | ∨ | ████ |

You've reached the end of your account activity.

contentList printContent items footerInstitution valuecontentList printContent items footerCopyright valuecontentList printContent items footerLender value

PREMIER PLUS CKG (...7896) - chase.com



Printed from Chase Personal Online

# PREMIER PLUS CKG (...7896)

███████████

Available balance

███████     ███████     ███████

Present balance          Deposits this month          Withdrawals this month

Off ▭ |                  Off ⓢ |

Debit card coverage      Overdraft protection

## Transactions

Showing | All transactions ▾

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| ████ | ████████ ██ | ██ | ████ | ██ |
| ████ | ████████ ██ | ██ | | ██ |
| █████ | ████████ ██ | ██ | ████ | ██ |
| █████ | ████████ ████ | ████ | ████ | ██ |
| █████ | ████████ ██ | ██ | ████ | ██ |
| █████ | ████████ ████ | ████ | ████ | ██ |

IEM000058

PREMIER PLUS CKG (...7896) - chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|

PREMIER PLUS CKG (...7896) - chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | 08/12 (...8239) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | ACH PMT A4732 WEB ID: 9493560001 | | | |
| Aug 11, 2025 | 7-ELEVEN 41222 BAYTOWN TX 08/11 (...8239) | Card | −$50.24 | $1,355.32 |
| | | | | |
| | | | | |
| Aug 11, 2025 | CTLP*ALABAMA BEP MASTE ANDALUSIA AL 08/10 (...8239) | Card | −$2.10 | $1,622.22 |

PREMIER PLUS CKG (...7896) - chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Aug 11, 2025 | HERMITAGE GOLF COURSE 180-09295737 TN 08/10 (...8239) | Card | −$177.80 | $1,624.32 |
| Aug 11, 2025 | HERMITAGE GOLF COURSE 180-09295737 TN 08/10 (...8239) | Card | −$98.78 | $1,802.12 |
| Aug 11, 2025 | CONCESSIONLY CONCESSIONLY. TN 08/09 (...8239) | Card | −$24.89 | $1,900.90 |
| Aug 11, 2025 | HERMITAGE GOLF COURSE 180-09295737 TN 08/09 (...8239) | Card | −$17.56 | $1,925.79 |
| Aug 11, 2025 | HERMITAGE GOLF COURSE 180-09295737 TN 08/09 (...8239) | Card | −$245.84 | $1,943.35 |
| Aug 11, 2025 | THE HARPETH HOTEL 615-2067510 TN 08/09 (...8239) | Card | −$8.56 | $2,189.19 |
| Aug 11, 2025 | PUBLIX #160 FRANKLIN TN 08/08 (...8239) | Card | −$18.65 | $2,197.75 |
| Aug 11, 2025 | PUBLIX #160 FRANKLIN TN 08/08 (...8239) | Card | −$396.26 | $2,216.40 |
| Aug 08, 2025 | SHELL SERVICE STATION NASHVILLE TN 468986 08/08 (...8239) | Card | −$61.95 | $2,612.66 |

8/17/25, 8:46 PM                                    PREMIER PLUS CKG (...7896) - chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| ▇▇▇▇ | ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| Aug 05, 2025 | SHELL SERVICE STATION NASHVILLE TN 228947 08/05 (...8239) | Card | −$62.33 | $5,738.74 |
| Aug 05, 2025 | REN Dermatology 615-8353200 TN 08/05 (...8239) | Card | −$181.12 | $5,801.07 |
| ▇▇▇▇ | ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| Aug 04, 2025 | GREAT HARVEST BREAD 615-2981032 TN 08/02 (...8239) | Card | −$62.23 | $6,340.40 |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |

IEM000062

8/17/25, 8:46 PM                           PREMIER PLUS CKG (...7896) - chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ▮▮▮▮▮▮▮ | | | |
| Jul 28, 2025 | ATM WITHDRAWAL 002384 07/281130 UNIV (...8239) | ATM transaction | −$1,000.00 | $1,986.02 |
| ▮▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | ▮▮▮▮ | ▮▮ | ▮ | ▮ |
| ▮▮ | ▮▮▮▮ | ▮▮ | ▮ | ▮ |
| ▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮▮▮ | ▮▮ | ▮ | ▮ |
| ▮▮ | ▮▮▮▮ | ▮▮ | ▮ | ▮ |
| ▮▮ | ▮▮▮▮ | | ▮ | ▮ |
| ▮▮ | ▮▮▮▮ | | ▮ | ▮ |
| Jul 23, 2025 | LOVE'S #0393 INSIDE MCCOMB MS 07/22 (...8239) | Card | −$4.22 | $5,082.05 |
| ▮▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮ | ▮▮▮▮ | ▮▮ | ▮ | ▮ |

IEM000063

8/17/25, 8:46 PM                          PREMIER PLUS CKG (...7896) - chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ |
| Jul 21, 2025 | PUBLIX #1047 SPRING HILL TN 07/20 (...8239) | Card | −$3.19 | $5,488.19 |
| Jul 21, 2025 | T-OP COLD GRILL ICE CR SPRING HILL TN 07/20 (...8239) | Card | −$17.64 | $5,491.38 |
| ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | | ▮▮▮ | ▮▮▮ |
| Jul 18, 2025 | TEQUILAS 2 NASHVILLE TN 07/17 (...8239) | Card | −$48.29 | $6,346.03 |
| Jul 18, 2025 | CHICK-FIL-A #01109 LUFKIN TX 07/16 (...8239) | Card | −$11.25 | $6,394.32 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

IEM000064

PREMIER PLUS CKG (...7896) - chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| ███ | ███ ███ | ███ | ███ | ███ |
| ███ | ███ ███ | ███ | ███ | ███ |
| Jul 14, 2025 | City of Austin, TX 704-817-2500 NC 07/13 (...8239) | Card | −$3.90 | $6,931.79 |
| ███ | ███ ███ | ███ | ███ | ███ |
| Jul 14, 2025 | TST*PROUD MARY CAFES LL Austin TX 07/12 (...8239) | Card | −$63.83 | $7,067.73 |
| ███ | ███ ███ | ███ | ███ | ███ |
| Jul 14, 2025 | TST* EL ALMA CAFE Y CAN AUSTIN TX 07/12 (...8239) | Card | −$145.86 | $7,189.97 |
| ███ | ███ ███ | ███ | ███ | ███ |
| ███ | ███ ███ | | ███ | ███ |
| ███ | ███ ███ | ███ | ███ | ███ |
| ███ | ███ ███ | | ███ | ███ |
| ███ | ███ ███ | ███ | ███ | ███ |
| ███ | ███ ███ | ███ | ███ | ███ |

PREMIER PLUS CKG (...7896) - chase.com

contentList printContent items footerInstitution valuecontentList printContent items footerCopyright valuecontentList printContent items footerLender value

8/17/25, 8:47 PM                                    United Club Card (...8431) - chase.com



# CHASE

Printed from Chase Personal Online

## United Club Card (...8431)



Current balance  |  Show details ⌄

**Aug 27, 2025**
Payment due date                    Minimum payment due    Interest saving balance    Available credit

**Off** (⑤)  |                                    Redeem
**Automatic payments**
                            MileagePlus® Miles

## Transactions



Showing

8/17/25, 8:47 PM                                United Club Card (...8431) - chase.com

## Activity since last statement    ⌄

Current balance ▊▊▊▊▊▊

| Date ⇅ | Description ⇅ | Category | Amount ⇅ |
|---|---|---|---|
| ▊▊▊▊▊ | ▊▊▊ | ✎ | ▊▊▊▊ |
| | ▊▊▊▊▊ | ✎ | ▊▊▊ |
| | ▊▊▊▊▊ ▊▊▊ | ✎ | ▊▊▊ |
| Aug 11, 2025 | Threefoot Hotel Meridian A | ⌄ | $173.54 |
| ▊▊▊▊ | ▊▊▊ | ✎ | ▊▊▊ |
| ▊▊▊▊ | ▊▊▊▊▊ | ✎ | ▊▊▊▊ |
| | ▊▊▊▊▊ | ✎ | ▊▊▊▊ |
| | ▊▊▊▊▊▊ | — | ▊▊▊▊ |
| | ▊▊▊▊▊▊ | — | ▊▊▊▊ |
| ▊▊▊▊ | ▊▊▊▊▊▊ | ✎ | ▊▊▊ |
| ▊▊▊▊ | ▊ ▊▊▊▊▊▊ | ✎ | ▊▊▊▊ |
| | ▊▊▊▊ | ✎ | ▊▊▊ |
| | ▊▊▊ | ✎ | ▊▊▊ |

IEM000068

United Club Card (...8431) - chase.com

| Date ◇ | Description ◇ | Category | Amount ◇ |
|---|---|---|---|
| ███ | ███ | 🖉 | ███ |
| | ███ | 🖉 | ███ |
| | ███ | 🖉 | ███ |
| | ███ | 🖉 | ███ |
| ███ | ███ | 🖉 | ███ |
| | ███ | 🖉 | ███ |
| ███ | ███ | 🖉 | ███ |
| Aug 01, 2025 | Embassy Suites Club No 1 Inc | ⌄ | $182.85 |
| | ███ | 🖉 | ███ |
| | ███ | 🖉 | ███ |

You've reached the end of your account activity.

contentList.printContent.items.footerInstitution.valuecontentList.printContent.items.footerCopyright.valuecontentList.printContent.items.footerLender.value

IEM000069

EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BUILDER'S CHOICE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:25-cv-03736 |
| IVAN MADRIGAL and | § | |
| ANTHONY YANNI, | § | |
| | § | |
| Defendants. | § | |

## AMENDED NOTICE OF REMOVAL

Defendant Anthony Yanni, files this Amended Notice of Removal pursuant to

28 U.S.C. §§ 1331, 1332, 1441, and 1446, and respectfully supplements his previously-

filed Notice of Removal (Dkt. 2) to assert an additional basis for removal: diversity

jurisdiction.

## I. INTRODUCTION AND TIMELINE

1.     Plaintiff Builder's Choice, Inc., filed its original petition in this action in the

61st Judicial District Court in Houston, Texas, on July 2, 2025. Mr. Yanni was never

served with the original petition. Plaintiff then filed its Verified Amended Petition,

Second Application for Temporary Restraining Order, and Second Request for

Expedited Discovery ("Amended Petition") against both Mr. Yanni and another

defendant, Ivan Madrigal, on July 14, 2025. Mr. Yanni has yet to be properly served

with the Amended Petition. Nor has the Plaintiff effected service on the other

defendant, Mr. Madrigal, based on the state court docket and Plaintiff's Motion for

substituted service.[1] Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446, as Mr. Yanni has filed it within 30 days of service.

2.      Venue is proper in this Court under 8 U.S.C. § 1441(a) because Harris County, in which the state action was filed, lies within the Houston Division of the Southern District of Texas.

## II. FEDERAL QUESTION JURISDICTION

3.      As set out in the original Notice of Removal, Plaintiff asserts claims under the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (CFAA), which independently confers federal question jurisdiction under 28 U.S.C. § 1331.

4.      Immediately after Mr. Yanni removed this case to Federal Court, plaintiff amended its complaint to remove its allegations under the CFAA. This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims at the time of removal arise under federal law, specifically 18 U.S.C. §1030, *et seq*.

5.      Federal jurisdiction is determined at the time of removal, and subsequent amendments to the pleadings cannot retroactively divest this Court of jurisdiction. The Supreme Court has made clear that "once a case is properly removed, a plaintiff cannot oust federal jurisdiction by later amending the complaint to eliminate the federal claim on which removal was based." *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 73 (1996); *see also Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350–51 (1988) (recognizing that dismissal of federal claims after removal does not automatically deprive the federal court of power, but instead permits the court to decide whether to

---

[1] Attached at Exhibit A.

exercise supplemental jurisdiction over the remaining state-law claims). The Fifth Circuit follows this "time-of-removal" rule, holding that post-removal changes to the complaint do not destroy jurisdiction, but merely shift the analysis to the court's discretion under 28 U.S.C. § 1367(c) to determine whether to retain or remand the state claims.

6. Even if the Court finds that Plaintiff's amendment removed the federal question, the Court should exercise its discretion under 28 U.S.C. § 1367(c) to retain supplemental jurisdiction over the remaining state-law claims. Judicial economy favors retention because the case has already been removed, the Court has become familiar with the factual background through the pleadings and motion practice, and duplicative proceedings in state court would waste judicial resources. Convenience and fairness also weigh against remand: the parties and witnesses are located in Houston, the federal courthouse is equally accessible, and remand would only create additional cost and delay. Finally, while principles of comity are always relevant, the remaining claims are standard business tort and fiduciary duty disputes that federal courts routinely adjudicate. On balance, these factors support the Court's continued exercise of jurisdiction rather than forcing the parties to start over in state court.

7. Even if the Court were to conclude that it should not retain supplemental jurisdiction under § 1367(c), remand is still improper because this case is independently removable under 28 U.S.C. § 1332. Complete diversity exists between Plaintiff and the "properly joined and served" Defendants, and the amount in controversy exceeds $75,000.

### III.    DIVERSITY JURISDICTION AND SNAP REMOVAL

8. This Court also has original jurisdiction under 28 U.S.C. § 1332 because there

   is complete diversity between the parties and the amount in controversy

   exceeds $75,000.

       a.  Plaintiff Builder's Choice, Inc. is a citizen of Texas.

       b.  Defendant Anthony Yanni is a citizen of Florida.

       c.  Defendant Ivan Madrigal is a citizen of Texas.

9. Plaintiff alleges that Defendants "caused BCI to default under its purchase

   contracts with Western by failing to pay approximately $5.5 million owed to

   Western." Plaintiff also alleges at least $100,000 of additional indebtedness.

   Although Defendants dispute both the truth of these allegations and Western's

   purported authority to act on BCI's behalf, the amount placed in controversy

   by the pleadings is controlling for jurisdictional purposes. See *Allen v. R & H*

   *Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995). In addition to damages,

   Plaintiff seeks broad injunctive and declaratory relief concerning control of

   BCI, its financial obligations, and the validity of significant transactions. The

   value of such equitable relief is measured by the value of the object of the

   litigation to either party, *Hunt v. Washington State Apple Advert. Comm'n*, 432

   U.S. 333, 347 (1977), and here plainly exceeds $75,000 given that Plaintiff

   asserts alleged liabilities in the millions of dollars. Accordingly, the amount in

   controversy requirement of 28 U.S.C. § 1332(a) is satisfied.[2]

---

[2] This case is styled *BCI v. Madrigal*. The pleadings indicate that Western — a competitor of Defendants that later became a shareholder and director of BCI and purported to take over the company — is the real party advancing

10. The "forum defendant rule" of 28 U.S.C. § 1441(b)(2) does not bar removal because neither defendant has been "properly joined and served."

11. The Fifth Circuit has expressly upheld this practice of pre-service or "snap" removal. *See Texas Brine Co., L.L.C. v. American Arbitration Ass'n, Inc.*, 955 F.3d 482, 486–87 (5th Cir. 2020) ("[T]he plain language of § 1441(b)(2) precludes removal on the basis of in-state citizenship only when the defendant has been properly joined and served."). Plaintiff has yet to effect service of process on either defendant; thus, the citizenship of the forum defendant, Mr. Madrigal, cannot defeat diversity.

## IV.   TIMELINESS AND AUTHORITY TO AMEND

12. This Amended Notice is timely under 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of receipt of the initial pleading.

13. Defendants may amend a notice of removal within this statutory period to assert an additional basis for jurisdiction. *See Covington v. Indemnity Ins. Co. of N. Am.*, 251 F.2d 930, 932 (5th Cir. 1958) (defendant may "freely amend the notice of removal within the thirty-day period"); *Firemen's Ins. Co. v. Robbins Coal Co.*, 288 F.2d 349, 350 (5th Cir. 1961).

## V. PROCEDURAL REQUIREMENTS ARE SATISFIED

14.      As of this filing, no defendant has been properly service; thus, no conset or joinder is necessary under 28 U.S.C. § 1446(b)(2)(A).

---

these allegations. Defendants dispute that Western validly took over or has the authority to assert claims on BCI's behalf. That dispute, however, does not diminish the fact that the damages Western seeks to impose (including an alleged $5.5 million default) place well over $75,000 in controversy.

15.    Copies of all state-court pleadings will be filed promptly once obtained from the Harris County District Clerk.

16.    Written notice of this Amended Notice of Removal will be provided to all parties and filed with the Harris County District Clerk as required by 28 U.S.C. § 1446(d).

17.    Mr. Yanni denies the allegations in the Amended Petition and files this Notice of Removal without waiving any defenses, objections, exceptions, remedies, or obligations that may exist in his favor in either state or federal court. Defendants reserve the right to amend or supplement this Notice of Removal. In the event any questions arise as to the propriety of the removal of this action, Mr. Yanni requests the opportunity to present a brief, oral argument, and/or any further evidence necessary in support of their position that this action is removable.

## VI. CONCLUSION AND PRAYER

Mr. Yanni respectfully requests that this Court accept this Amended Notice of Removal, exercise jurisdiction over this action under both federal question and diversity jurisdiction, and proceed as though it had been originally filed here.


Dated: August 18, 2025

                        Respectfully submitted,

                        MCKNIGHT LAW PLLC

                        /s/ Colleen McKnight
                        Colleen McKnight
                        State Bar No. 240976
                        801 Travis Street, Suite 2101, PMG 698
                        Houston, Texas 77002
                        Telephone: (713) 584-5645

colleen.mcknight@mcknightlaw.us

*Attorney for Anthony Yanni*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served via electronic service upon the following counsel of record on August 18, 2025, via email and efiling.

/s/ Colleen McKnight
Colleen McKnight

7/25/2025 2:56:40 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 103607910
By: JEFFERSON, TIFFANY S
Filed: 7/25/2025 2:56:40 PM
Pgs-2

SDD
SBSRX

CAUSE NO. 2025-45729

| | | |
|---|---|---|
| WESTERN CABINETS, INC. and | § | IN THE DISTRICT COURT OF |
| BUILDER'S CHOICE, INC. | § | |
| *Plaintiffs,* | § | |
| | § | HARRIS COUNTY, TEXAS |
| v. | § | |
| | § | |
| IVAN MADRIGAL | § | 61st JUDICIAL DISTRICT |
| *Defendant.* | § | |

## ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE
## WITH REGARD TO IVAN MADRIGAL

Pending before the Court is Plaintiff's Motion for Substituted Service Pursuant to Rule 106(b). It appears that Plaintiff has attempted but failed to personally serve Defendant Ivan Madrigal ("DEFENDANT") at the last known usual place of abode or business. It further appears to the Court that the manner of service ordered herein will be reasonably effective to give said Defendant notice of the lawsuit. The Court finds that the Motion is meritorious, having considered all briefing pertinent to the Motion, the arguments of counsel, and the applicable law. Accordingly, the Court **GRANTS** the Motion.

Therefore, the Motion for Substitute Service is GRANTED.

It is ORDERED that service of process may be made upon DEFENDANT either by: (1) leaving a true copy of the citation, with a copy of the Petition and this Order authorizing substituted service attached, with anyone over sixteen (16) years of age at ; or (2) firmly affixing a true copy of the citation, with a copy of the Petition and this Order authorizing substitute service attached, to the front door of said Defendant's last known usual place of abode or business at the above address.

It is further ORDERED that the service made by the above methods shall not be deemed perfected unless it also complies with the following provisions, which shall be carried out by the same process server on the same day that delivery is made pursuant to (1) or (2) above:

a) A copy of the citation, Petition, and this Order shall be mailed by BOTH certified mail, return-receipt requested, AND by regular, first-class mail to the defendant at the same address at which service is authorized above;

b) The return of service shall not be made until thirty (30) days after mailing or until the process server receives back the green card from the post office, whichever date is earlier;

c) The return of service shall include a statement setting out the date of mailing and the result of the mailing by certified mail, and the date of mailing and result of same by regular, first-class mail (i.e., whether the envelope was returned by the post office, the green card came back signed, etc.); and

d) A copy of any envelope or green card returned by the post office shall be attached to the return of service.

It is further ORDERED that the return of service of the person executing service pursuant to this Order shall otherwise be made in accordance with TEX. R. CIV. P. 107.

It is further ORDERED that service of process will be deemed complete upon compliance with this Order, regardless of whether defendant signs the certified mail receipt.

Signed this _____ day of _____, 2025.

Signed:
7/25/2025

_____
HONORABLE JUDGE PRESIDING

EXHIBIT G

**UNITED STATES POSTAL SERVICE**

We Redeliver For You!

Download Informed Delivery™ APP to manage your redeliveries.

**Sorry we missed you while you were out.**

Date: _08/05/2025_

The item was sent by: _Texas Easy Serve_

It was sent to: _Ivan Madrigal_

At this address: _555 W 19th St #109_
_Houston TX 77008_

**About the missed delivery:**
It was a:
☐ Package  ☒ Letter  ☐ Large envelope

☐ USPS® Smart Parcel Locker Eligible
   (Smaller than 17Hx13Wx23D)

Available for pickup date: _08/06/2025_

This is the:
☒ First attempt  ☐ Final notice

**To schedule a redelivery:**
**Scan the QR code or go to**
*usps.com/redelivery*

Article number:
**5293 0670 1243 1157**

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $_____ for:
   _____Postage due  _____Customs
☐ Receptacle full/item oversized
☐ No secure location available
☒ No authorized recipient available
☐ Signature required
   ___must be 18+ years old  ___must be 21+ years old
☐ Other: _____

*Please see reverse to schedule redelivery or pickup.*
PS Form 3849, September 2022

EXHIBIT H

## CAUSE NO. 2025-45729

| | | |
|---|---|---|
| BUILDER'S CHOICE, INC.<br>**PLAINTIFF** | §<br>§<br>§ | |
| VS. | §<br>§ | IN THE 61ST DISTRICT COURT |
| IVAN MADRIGAL, ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TX |

## DECLARATION OF ERIC M JIMENEZ OF DUE DILIGENCE

**On Thursday, July 17, 2025 AT 5:22 PM**, TEMPORARY RESTRAINING ORDER, PLAINTIFF'S VERIFIED AMENDED PETITION, SECOND APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND SECOND REQUEST FOR EXPEDITED DISCOVERY, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3, EXHIBIT 4, EXHIBIT 5, EXHIBIT 6, EXHIBIT 7, EXHIBIT 8, EXHIBIT 9, EXHIBIT 10 , EXHIBIT 11, EXHIBIT 12, EXHIBIT 13, EXHIBIT 14, EXHIBIT 15 , EXHIBIT 16, EXHIBIT 17, VERIFYING DECLARATION OF FELIX SUAREZ, TEMPORARY RESTRAINING ORDER, ORDER GRANTING DISCOVERY for service on IVAN MADRIGAL came to hand.

**On Thursday, July 17, 2025 at 8:20 PM**, at 555 W 19TH STREET, HOUSTON, HARRIS COUNTY, TX 77008, The given address is a locked apartment building with key fob access only. The apartment building call box list the last name Madrigal as apartment 709. I called the unit but there was no answer and I waited for a tenant to grant me property access. There was no answer at the apartment door and I could not find a neighbor to verify residence.

**On Friday, July 18, 2025 at 12:12 PM**, at 555 W 19TH STREET, HOUSTON, HARRIS COUNTY, TX 77008, Per Deanna in the leasing office can not grant property access and can not verify residence. I called unit 709 from the building call box but there was no answer.

**On Saturday, July 19, 2025 at 8:39 AM**, at 555 W 19TH STREET, HOUSTON, HARRIS COUNTY, TX 77008, No answer at the apartment door no movement inside the apartment and I can not find a neighbor to verify residence.

**On Wednesday, July 23, 2025 at 6:54 PM**, at 555 W 19TH STREET, HOUSTON, HARRIS COUNTY, TX 77008, No answer at the apartment door no lights on or movement inside the apartment and no neighbors could verify residence.

My name is Eric M Jimenez. My e-mail address is info@easy-serve.com. I am over the age of 18. I am in all ways competent to make this declaration, which is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, TX on Thursday, July 24, 2025.

*Eric M Jimenez*

Client Reference#:

Doc ID: 338103_1

ERIC M JIMENEZ
1201 Louisiana Street, Suite 370
Houston, TX  77002

JBCC Registration# PSC-2021 expires May 31, 2026.

Client Reference#:

Doc ID: 338103_1

EXHIBIT I

7/25/2025 2:56 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 103607910
By: Tiffany Jefferson
Filed: 7/25/2025 2:56 PM

CAUSE NO. 2025-45729

| | | |
|---|---|---|
| BUILDER'S CHOICE, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| IVAN MADRIGAL | § | |
| and ANTHONY YANNI, | § | |
| | § | 61st JUDICIAL DISTRICT |
| *Defendants.* | | |

## PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE
## WITH REGARD TO IVAN MADRIGAL

Plaintiff Builder's Choice, Inc. ("Plaintiff") respectfully requests that this Court authorize

substituted service on Defendant Ivan Madrigal pursuant to Texas Rules of Civil Procedure 106(b).

In support, Plaintiff shows the Court the following:

### I.      INTRODUCTION AND BACKGROUND

Plaintiff initiated this lawsuit against Defendants on July 2, 2025, and obtained a TRO

enjoining Defendants from taking certain actions (including filing bankruptcy on behalf of

Plaintiff). Advanced notice of the TRO hearing was provided to counsel for Defendants, Matthew

Wawrzyn and Trent Stephens at FisherBroyles, LLP. *See* Ex. 1. Instead of appearing at the hearing,

counsel for Defendants informed Plaintiff's counsel shortly after the TRO was granted that

Defendants had filed bankruptcy on behalf of Plaintiff.

The improperly filed bankruptcy was dismissed on July 14, 2025, and Plaintiff filed an

Amended Petition and Second Application for TRO the same day. Later that evening, Defendants'

counsel informed Plaintiff's counsel that they do not represent Defendants in this matter. *See* Ex. 2.

The Court granted a new TRO against Defendants the following day and Plaintiff immediately

requested issuance of citation and writ for service. The writ and citation for each Defendant was

1

issued on July 17, 2025. Since then, Plaintiff has attempted to serve Mr. Madrigal on numerous occasions.

Plaintiff attempted to serve Mr. Madrigal at 555 W. 19th Street, Houston, Texas 77008, the address Plaintiff believes to be Defendant's usual place of abode and last known address. Ivan Madrigal's name appeared on a call box list at apartment 709. The process server attempted service Thursday, July 17, 2025 at 10:20 PM at that address. Three more attempts were made: on Friday, July 18, 2025 at 12:12 PM; on Saturday, July 19, 2025 at 8:39 AM; and on Wednesday, July 23, 2025 at 6:54 pm. *See* **Exhibit 1**.

## II.     ARGUMENT

Under Texas law, a plaintiff can serve a defendant by personal service of process without court order. TEX. R. CIV. P. 106(a). Upon motion, however, a court may authorize service: (1) "by leaving a true copy of the citation, with a copy of the petition attached, with anyone over sixteen years of age" at defendant's usual place of abode; or (2) "in any other manner that the affidavit or other evidence before the court shows will be reasonably effective to give the defendant notice of the suit." TEX. R. CIV. P. 106(b). An example of "any other manner" of service is affixing the citation with petition attached, securely to the front door of the building of Defendant's believed to be place of abode and last known address. Alternatively, Plaintiff would request service by publication under Rule 109. *See* TEX. R. CIV. P. 106(b)(2).

Here, Plaintiff respectfully requests that it be allowed to serve Mr. Madrigal by affixing the citation with petition attached, securely to the front door of the building believed to be his abode and last known address: 555 W. 19th Street, Apartment 709, Houston, Texas 77008.

Alternatively, Plaintiff requests that this Court authorize substituted service on Defendants by publication. As specifically stated above, and in the attached affidavit, personal service on Defendants has been unsuccessful. *See* **Exhibit 1** (regarding service attempts on Ivan Madrigal).

2

In accordance with TEX. R. CIV. P. 106(b), the affidavit shows that service attempts on Mr. Madrigal have been unsuccessful. Therefore, this Court may authorize a substitute manner of service on both Defendants. *See* TEX. R. CIV. P. 106(b).

### III.    CONCLUSION

Plaintiff asks the Court to authorize substituted service as requested above and further requests all other relief to which they are justly entitled.


Dated: July 25, 2025                        Respectfully submitted,

                                            */s/ Nicholas Petree*
                                            John Zavitsanos
                                            State Bar No. 22251650
                                            jzavitsanos@azalaw.com
                                            Nicholas Petree
                                            State Bar No. 24083657
                                            npetree@azalaw.com
                                            Colin Phillips
                                            State Bar No. 24105937
                                            cphillips@azalaw.com
                                            **AHMAD, ZAVITSANOS & MENSING, PLLC**
                                            1221 McKinney St., Suite 2500
                                            Houston, Texas 77010
                                            Telephone: 713-600-4904
                                            Facsimile: 713-655-0062

                                            Wade R. Quinn
                                            State Bar No. 16433600
                                            wquinn@macdonalddevin.com
                                            **MACDONALD DEVIN MADDEN KENEFICK & HARRIS, PC**
                                            777 Post Oak Blvd., Suite 700
                                            Houston, Texas 77056
                                            Telephone: 713-570-9000

                                        **ATTORNEYS FOR PLAINTIFF BUILDER'S CHOICE, INC.**

Unofficial Copy Office of Marilyn Burgess District Clerk

3

IEM000089

## CERTIFICATE OF SERVICE

I certify that on July 25, 2025, a true and correct copy of the foregoing was filed via the Court's electronic filing system to all parties in compliance with the Texas Rules of Civil Procedure.

*/s/ Nicholas Petree*
Nicholas Petree

4

EXHIBIT J

IEM000091

## EXHIBIT J — RULE 1006 SUMMARY CHART

### Service Attempts vs. Whereabouts and Bates-Supported Proof

| Service Attempt (Houston) | Date & Time | Where I Actually Was | Supporting Record(s) & Bates |
|---|---|---|---|
| Attempt #1 | Thu **7/17/2025**, ~**evening** (per server affidavit) | **Nashville, TN** | Nashville Hotel Receipt **IEM000006** |
| Attempt #2 | Fri **7/18/2025**, ~**midday** | **Nashville, TN** | Nashville Hotel Folio/Receipt **IEM000007** |
| Attempt #3 | Sat **7/19/2025**, ~**8:39 AM** | **Nashville, TN** | Nashville Hotel Folio/Receipt **IEM000007** |
| Attempt #4 | Wed **7/23/2025, 6:54 PM** | **Louisiana** | Louisiana Hotel Receipt **IEM000010**; Credit Card Statement **IEM000052** |

*Note:* Underlying documents summarized above are filed/available. This chart is offered under **FRE 1006** to aid the Court and reduce volume.