United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BUILDER'S CHOICE, INC. | § |
| Plaintiff | § |
| v. | § Case No. 4:25-cv-03736 |
| IVAN MADRIGAL and ANTHONY YANNI | § |
| Defendants. | § |

## ORDER GRANTING MOTION TO REMAND

This Court has considered Plaintiff's Motion for Remand, the briefing before the Court, and the arguments of the parties, and has determined that the Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that this action be **REMANDED** to the 61st Judicial District Court of Harris County, Texas.

The Clerk of Court is directed to **CLOSE** this case.

Ordered this 25th day of August, 2025.

Kenneth M. Hoyt
United States District Judge

1